# INVOICE

Date: 12/20/2021

File No. 21 Camberly Ct
Case No. VERNA
Ref VERN-12-2021

Prepared for:

Joseph Verna
c/o Mike Dal Lago, Dal Lago Law
999 Vanderbilt Rd Suite 200
Naples, FL 34108
<jverna@comcast.net><mike@dallagolaw.com>

Property Appraised:

Joseph R Verna
21 Camberly Ct
Downingtown, PA 19335-4919

Work Performed:

| Description | | Amount |
|---|---|---|
| URAR/Legal | $ | 350.00 |
| | $ | |
| Paid by Check | $ | (350.00) |
| | $ | |
| | $ | |
| | $ | |
| Total Amount Due: | $ | 0.00 |

Please make checks payable to:

Brad Alderfer Appraisals
145 North Third Street
Telford, PA 18969

# APPRAISAL REPORT

# OF



21 Camberly Ct
Downingtown, PA 19335-4919

# PREPARED FOR

Joseph Verna
c/o Mike Dal Lago, Dal Lago Law
999 Vanderbilt Rd Suite 200
Naples, FL 34108

# AS OF

12/13/2021

# PREPARED BY

Brad Alderfer Appraisals
145 North Third Street
Telford, PA 18969

Brad Alderfer Appraisals

File No.    21 Camberly Ct
Case No.  VERNA

# Table of Contents

| Page Title | Page # |
|---|---|
| Residential Appraisal Page 1 | 1 |
| Residential Appraisal Page 2 | 2 |
| Residential Appraisal Page 3 | 3 |
| Extra Listing 1-2-3 | 4 |
| Certification Page 1 | 5 |
| Certification Page 2 | 6 |
| Photo Subject | 7 |
| Photo Subject Extra | 8 |
| Photo Subject Extra | 9 |
| Photo Subject Extra | 10 |
| Photo Subject Extra | 11 |
| Photo Subject Extra | 12 |
| Photo Subject Extra | 13 |
| Sketch | 14 |
| Sketch | 15 |
| Sketch | 16 |
| Sketch | 17 |
| Contractor Estimate for Stucco Repair | 18 |
| Contractor Estimate for Stucco Repair (continued) | 19 |
| Flood Map | 20 |
| Aerial Map | 21 |
| Photo Comparables 1-2-3 | 22 |
| Photo Listings 1-2-3 | 23 |
| Location Map | 24 |
| UAD Definition of Terms | 25 |
| UAD Definition of Terms p2 | 26 |
| UAD Definition of Terms p3 | 27 |
| E&O Insurance Declaration | 28 |
| E&O Insurance 2021-2022 | 29 |
| Qualifications of Appraiser | 30 |
| Qualifications of Appraiser | 31 |
| Certification of Appraiser | 32 |

# Residential Appraisal Report

The purpose of this appraisal report is to provide the client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

Property Address 21 Camberly Ct | City Downingtown | State PA | Zip Code 19335-4919

Owner Joseph R & Karen E Verna | Intended User c/o Mike Dal Lago, Dal Lago Law | County Chester

Legal Description Deed Book 5601, Page 1358 as of 02/10/2003

Assessor's Parcel # 29050025.1700 | Tax Year 2021 | R.E. Taxes $ 10,800.00

Neighborhood Name West Brandywine Township | Map Reference 6160 | Census Tract 3114.04

Occupant [ ] Owner [X] Tenant [ ] Vacant | Special Assessments $ 0 | [X] PUD | HOA $ 350 [X] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Intended Use Establishment of market value for legal purposes.

Client c/o Mike Dal Lago, Dal Lago Law | Address 999 Vanderbilt Rd Suite 200, Naples, FL 34108

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offerings price(s), and date(s). Bright MLS

## CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ | Date of Contract | Is the property seller the owner of public record? [ ] Yes [ ] No | Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the purchaser? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE | | AGE | One-Unit | 85 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [X] Shortage | [ ] In Balance | [ ] Over Supply | $ (000) | | (yrs) | 2-4 Unit | 5 % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [X] Under 3 mths | [ ] 3-6 mths | [ ] Over 6 mths | 350 | Low | 10 | Multi-Family | 5 % |
| | | | | | | | | 650 | High | 100 | Commercial | 5 % |
| | | | | | | | | 452 | Pred. | 20 | Other | % |

Neighborhood Boundaries North of Little Washington Road, west of Dilsworth Road, east of Swinehart Road and south of Highspire Road.

Neighborhood Description The neighborhood of the subject property is contained within West Brandywine Township. This market area is located west of the city of Philadelphia. It is the sub-urbanization of this same city that accounts for the consistent growth and respective demand for housing in this market area. Schools, shopping and recreational facilities are all within a short driving distance of the subject property.

Market Conditions (including support for the above conclusions) Sales concessions have been limited to sellers participation in the payment of closing costs in order to spur sales. Interest rates have remained at near historic lows which has created continued interest in residential.

## SITE

Dimensions Irregular | Area 49093 sf | Shape Irregular | View N;Res

Specific Zoning Classification R10 | Zoning Description Residential

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street 2 lane asphalt | [X] | [ ] |
| Gas | [ ] | [X] Propane | Sanitary Sewer | [ ] | [X] on site septic | Alley None | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No | FEMA Flood Zone X | FEMA Map # 42029C0140G | FEMA Map Date 09/29/2017

Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls Concrete/avg. | Floors Wd,carpet,tile/avg |
| # of Stories 2 | [X] Full Basement [ ] Partial Basement | Exterior Walls Stucco,siding/avg | Walls Painted/avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 1,918 sq. ft. | Roof Surface Shingles/avg | Trim/Finish Wood/avg |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 0 % | Gutters & Downspouts Aluminum/avg | Bath Floor tile/good |
| Design (Style) Colonial | [X] Outside Entry/Exit [X] Sump Pump | Window Type Dbl-hung/avg | Bath Wainscot insert/avg. |
| Year Built 2002 | Evidence of [ ] Infestation | Storm Sash/Insulated insulated/avg | Car Storage [ ] None |
| Effective Age (Yrs) 20 | [ ] Dampness Settlement | Screens metal | [X] Driveway # of Cars 2 |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities [ ] Woodstove(s) # 0 | Driveway Surface Asphalt |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel Gas | [X] Fireplace(s) # 1 [X] Fence wood | [X] Garage # of Cars 2 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck wd [ ] Porch none | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [X] Pool inground [ ] Other none | [ ] Att. [ ] Det. [X] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area **above** grade contains: 10 Rooms 4 Bedrooms 2.1 Bath(s) 3,622 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) Windows.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The property is in average to good condition.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [X] Yes [ ] No If Yes, describe

The dwelling is in a development that has been identified as having a mold problem associated with the stucco exterior. This is fairly widespread in south eastern Pennsylvania, specifically with this age and type of exterior. Many sales have had testing and remediation of the exterior as part of the transfer to new ownership (with costs being absorbed by seller).

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.
Produced by ClickFORMS Software 800-622-8727

Brad Alderfer Appraisals

File No. 21 Camberly Ct
Case No. VERNA

# Residential Appraisal Report

There are 7 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 350,000 to $ 650,000 .

There are 26 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 350,000 to $ 650,000 .

SALES COMPARISON ANALYSIS

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 21 Camberly Ct Downingtown, PA 19335-4919 | 2 Lahawa Dr Downingtown, PA 19335 | | 58 Lahawa Dr Downingtown, PA 19335 | | 23 Lahawa Dr Downingtown, PA 19335 | |
| Proximity to Subject | | 0.27 miles E | | 0.32 miles N | | 0.27 miles E | |
| Sale Price | $ | | $ 510,000 | | $ 540,000 | | $ 545,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 199.22 sq. ft. | | $ 138.46 sq. ft. | | $ 149.15 sq. ft. | |
| Data Source(s) | | BrightMLS #PACT2008512 DOM 5 | | BrightMLS #PACT2003840 DOM 6 | | BrightMLS #PACT2001810 DOM 5 | |
| Verification Source(s) | | County Map 29-05-0027 | | County Map #29-05-0025-6300 | | County Map #29-05-0025..0600 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | 0 | ArmLth | | ArmLth | 0 |
| Concessions | | Conv;0 | 0 | Conv;5000 | -5,000 | Conv;0 | 0 |
| Date of Sale/Time | | 11/2021 | 0 | 08/2021 | 0 | 08/2021 | 0 |
| Location | N;Res | N;Res | | N;Res | | N;Res | |
| Leasehold/Fee Simple | Fee Simple/HOA | Fee Simple | -3,500 | Fee Simple/HOA | | Fee Simple | |
| Site | 49093 sf | 60891 sf | 0 | 54189 sf | 0 | 47866 sf | 0 |
| View | N;Res | N;Res | | N;Res | | N;Res | |
| Design (Style) | Colonial | Colonial | | Colonial | | Colonial | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 19 yrs | 34 yrs | 0 | 18 yrs | 0 | 19 yrs | |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | 0 | Total / Bdrms. / Baths | 0 | Total / Bdrms. / Baths | 0 |
| Room Count | 10 / 4 / 2.1 | 9 / 4 / 2.1 | | 9 / 4 / 2.1 | | 9 / 4 / 3.1 | -3,000 |
| Gross Living Area | 3,622 sq. ft. | 2,560 sq. ft. | +42,480 | 3,900 sq. ft. | -11,120 | 3,654 sq. ft. | 0 |
| Basement & Finished | Full/1,918 sf | Full/1,230 sf | 0 | Full/1700 sf | 0 | Full/1800 sf | 0 |
| Rooms Below Grade | 0 | Rec Rm | -15,000 | 0 | | Rec rm,den | -15,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | windows | windows | | windows | | windows | |
| Garage/Carport | 2 Car Gar. Blt-In | 2 Car Gar. Blt-in | | 2 Car Gar Blt-in | | 3 Car Gar Blt-in | -2,500 |
| Porch/Patio/Deck | Deck | Patio | 0 | 0 | 0 | Deck | |
| Fireplaces | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Pool | Pool/inground | 0 | +10,000 | 0 | +10,000 | 0 | +10,000 |
| Remediation | yes | Not needed | -43,260 | Not needed | -43,260 | Not needed | -43,260 |
| Net Adjustment (Total) | | [ ] + [X] - | $ -9,280 | [ ] + [X] - | $ -49,380 | [ ] + [X] - | $ -53,760 |
| Adjusted Sale Price of Comparables | | Net Adj: -2% Gross Adj : 22% | $ 500,720 | Net Adj: -9% Gross Adj: 13% | $ 490,620 | Net Adj: -10% Gross Adj: 14% | $ 491,240 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s) Assessor

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s) Assessor

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/10/2003 | 12/08/2011 | 10/03/2003 | 10/14/2004 |
| Price of Prior Sale/Transfer | 384,717 | 315,000 | 371,417 | 367,800 |
| Data Source(s) | Assessor | Assessor | Assessor | Assessor |
| Effective Date of Data Source(s) | 12/19/2021 | 12/19/2021 | 12/19/2021 | 12/19/2021 |

Analysis of prior sale or transfer history of the subject property and comparable sales The subject property has not transferred within three years of the effective date of this appraisal. None of the comparable sales have transferred within one year of the most recent sale date listed.

Summary of Sales Comparison Approach Sale #1 is not part of the Home Owners Association and therefore has no annual fee. An adjustment was made for this amount capitalized at 10%. Baths were adjusted at $1,00 per fixture whether above or below grade. Square footage was adjusted at $40 per square foot. Finished Basements were adjusted at a flat fee of $15,000. Exterior estimate for the subject was extended to the sales and listing as a fix not needed and as a result was subtracted from comparable property sales. Sale #3 had the greatest influence on the final opinion of value (80%) with sales #1 and #2 each having a 10% influence. Listing was included since it has a saltwater pool.

Indicated Value by Sales Comparison Approach $ 492,100

RECONCILIATION

**Indicated Value by: Sales Comparison Approach $** 492,100 **Cost Approach (if developed) $** 150,000 **Income Approach (if developed) $**

The cost approach was not developed beyond land value given the age and condition of the dwelling. The income approach was not developed since the anticipated monthly rental income and market value have little if any relationship. The sale approach is considered to be the best indication of current consumer demand when comparable sales are available.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $** 492,100 **, as of** 12/13/2021 .

# Residential Appraisal Report

ADDITIONAL COMMENTS

Scope of Work- As part of the appraisal process this appraiser has: (1) researched pending sales under contract; (2) considered current listing prices of houses in the area; (3) weighed market supply and demand; (4) looked at length of time for current listings in the current market; (5) noted price reductions on current listings; (6) reviewed notices of defaults and notices of trustees sales; (7) has had personal interviews on a regular basis with realty agents on what they are currently experiencing with sellers and buyers. In addition this appraiser has noted the historical regularity of known concessions provided to buyers to facilitate sales and whether the concessions are increasing statistically in either occurrence or amount.

The sources used for this appraisal include ALL available multiple listing services as well as remote review of both Recorder of Deed records and Board of Assessment information where it is made available from participating counties. Zoning information has been confirmed with the respective municipality by both remote computer access or interview with zoning officers. Site information is based on both visual inspection as well as review of public records. In the event of irregularities the individual deeds are reviewed. Although three comparable sales are generally included in the report, a much larger sample of sales is reviewed to establish market range for the specific characteristics of the subject property. Adjustments are based, where possible, on the comparable sales given in this report. Many of the adjustments however are based on an historical perspective from the appraisers experience of over 319 appraisals per year.

I have not performed any services, as an appraiser or in any other capacity, on the subject property within the three-years period immediately preceding acceptance of this assignment.

This legal description was not made available to this appraiser. All information with respect to lot dimensions were acquired by remote access from the Chester County Board of Assessment records.

No personal property was considered in the value herein reported.

The Intended Use is to evaluate the property that is the subject of this appraisal for disposition purposes, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are Identified by the appraiser. Users are client and their accountants, legal representatives and taxation authorities.

Search parameters for comparable sales are location (West Brandywine Township), style (2 story colonial), number of bedrooms (4), sale date (within 12 months of effective date).

Subject is at it's highest and best use which is a use that is legal, in demand and provides the best return to the property.

This appraiser could not gain entrance to the fourth bedroom on the second floor. It is assumed that the finish and condition of this bedroom is similar to the balance of the finished rooms of the dwelling.

COST APPROACH

## COST APPROACH TO VALUE (if applicable)

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) Land value has been extracted from sales of similarly improved property.

| ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ 150,000 |
|---|---|---|---|---|
| Source of cost data | Dwelling 3,622 Sq. Ft. @ $ | | | =$ |
| Quality rating from cost service Effective date of cost data | Bsmt. 1,918 Sq. Ft. @ $ | | | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | |
| | Garage/Carport Sq. Ft. @ $ | | | =$ |
| | Total Estimate of Cost-new | | | =$ |
| | Less Physical 27 | Functional | External | |
| | Depreciation 0 | | | =$ ( 0 ) |
| | Depreciated Cost of Improvements | | | =$ 0 |
| | "As-is" Value of Site Improvements | | | =$ |
| Estimated Remaining Economic Life (HUD and VA only) 55 Years | Indicated Value By Cost Approach | | | =$ 150,000 |

INCOME

## INCOME APPROACH TO VALUE (if applicable)

Estimated Monthly Market Rent $ X Gross Multiplier =$ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

PUD INFORMATION

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowner's Association (HOA)? [ ] Yes [X] No Unit type(s) [X] Detached [ ] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases Total number of units Total number of units sold

Total number of units rented Total number of units for sale Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? [ ] Yes [ ] No If Yes, date of conversion.

Does the project contain any multi-dwelling units? [ ] Yes [ ] No Data source.

Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association? [ ] Yes [ ] No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.
Produced by ClickFORMS Software 800-622-8727

Brad Alderfer Appraisals
EXTRA LISTING 1-2-3

File No. 21 Camberly Ct
Case No. VERNA

Owner Joseph R & Karen E Verna
Property Address 21 Camberly Ct
City Downingtown County Chester State PA Zip Code 19335-4919
Client c/o Mike Dal Lago, Dal Lago Law Address 999 Vanderbilt Rd Suite 200, Naples, FL 34108

SALES COMPARISON ANALYSIS

| FEATURE | SUBJECT | LISTING # 1 | | LISTING # 2 | | LISTING # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 21 Camberly Ct Downingtown, PA 19335-4919 | 17 Pennswick Dr Downingtown, PA 19335 | | | | | |
| Proximity to Subject | | 0.36 miles NE | | | | | |
| List Price | $ | | $ 550,000 | | $ | | $ |
| List Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 144.74 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | BrightMLS #PACT2009842 DOM 6 | | | | | |
| Verification Source(s) | | County Map #29-05-0025.56 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Active | 0 | | | | |
| Concessions | | None;0 | 0 | | | | |
| Date of Sale/Time | | Contract 12/2021 | 0 | | | | |
| Location | N;Res | N;Res | | | | | |
| Leasehold/Fee Simple | Fee Simple/HOA | Fee Simple/HOA | | | | | |
| Site | 49093 sf | 54305 sf | 0 | | | | |
| View | N;Res | N;Res | | | | | |
| Design (Style) | Colonial | Colonial | | | | | |
| Quality of Construction | Q4 | Q4 | | | | | |
| Actual Age | 19 yrs | 18 yrs | 0 | | | | |
| Condition | C3 | C3 | | | | | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 10 / 4 / 2.1 | 10 / 4 / 2.1 | | | | | |
| Gross Living Area | 3,622 sq. ft. | 3,800 sq. ft. | -7,120 | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | Full/1,918 sf 0 | Full/1,900 sf Rec Rm,Den | -15,000 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA/Central | FWA/Central | | | | | |
| Energy Efficient Items | windows | windows | | | | | |
| Garage/Carport | 2 Car Gar. Blt-In | 3 Car Gar Att | -2,500 | | | | |
| Porch/Patio/Deck | Deck | Patio,porch | 0 | | | | |
| Fireplaces | 1 Fireplace | 1 Fireplace | | | | | |
| Pool | Pool/inground | Pool/inground | | | | | |
| Remediation | yes | Not needed | -43,260 | | | | |
| Net Adjustment (Total) | | [ ] + [X] - | $ -67,880 | [ ] + [ ] - | $ | [ ] + [ ] - | $ |
| Adjusted List Price of Comparables | | Net Adj: -12% Gross Adj : 12% | $ 482,120 | Net Adj: 0% Gross Adj: 0% | $ | Net Adj: 0% Gross Adj: 0% | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales

| ITEM | SUBJECT | COMPARABLE LISTING # 1 | COMPARABLE LISTING # 2 | COMPARABLE LISTING # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/10/2003 | 07/18/2016 | | |
| Price of Prior Sale/Transfer | 384,717 | 475,000 | | |
| Data Source(s) | Assessor | Assessor | | |
| Effective Date of Data Source(s) | 12/19/2021 | 12/19/2021 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales The subject property has not transferred within three years of the effective date of this appraisal. None of the comparable sales have transferred within one year of the most recent sale date listed.

Summary of Listing Comparison Approach Sale #1 is not part of the Home Owners Association and therefore has no annual fee. An adjustment was made for this amount capitalized at 10%. Baths were adjusted at $1,00 per fixture whether above or below grade. Square footage was adjusted at $40 per square foot. Finished Basements were adjusted at a flat fee of $15,000. Exterior estimate for the subject was extended to the sales and listing as a fix not needed and as a result was subtracted from comparable property sales. Sale #3 had the greatest influence on the final opinion of value (80%) with sales #1 and #2 each having a 10% influence. Listing was included since it has a saltwater pool.

This appraisal report is subject to the scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. The Appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**DEFINITION OF MARKET VALUE:** As per Fannie Mae the definition of market value is the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.
Produced by ClickFORMS Software 800-622-8727

**APPRAISER'S CERTIFICATION:** I certify that, to the best of my knowledge and belief:

1. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

2. I [ ] have [X] have no present or prospective interest in the property that is the subject of this report and [ ] have [X] have no personal interest with respect to the parties involved.

3. I [ ] have performed [X] have not performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

4. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of this client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. My analyses, opinions, and conclusions, were developed, and this report has been prepared, in conformity, with the *Uniform Standards of Professional Appraisal Practice*

8. I [X] have [ ] have not made a personal inspection of the property that is the subject of this report.

9. Unless otherwise noted, no one has provided significant real property appraisal assistance to the person signing this certification.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

APPRAISER

Signature [signature]
Name Bradley Scott Alderfer
Company Name Brad Alderfer Appraisals
Company Address 145 North Third Street
Telford, PA 18969
Telephone Number 2157218857
Email Address ralderfer@netcarrier.com
Date of Signature and Report 12/20/2021
Effective Date of Appraisal 12/13/2021
State Certification # RL000611L
or State License #
or Other (describe) State #
State PA
Expiration Date of Certification or License 06/30/2023

ADDRESS OF PROPERTY APPRAISED
21 Camberly Ct
Downingtown, PA 19335-4919

APPRAISED VALUE OF SUBJECT PROPERTY $ 492,100

CLIENT
Contact Joseph Verna
Client Name c/o Mike Dal Lago, Dal Lago Law
Client Address 999 Vanderbilt Rd Suite 200
Naples, FL 34108
Email Address

SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

[ ] Did not inspect subject property
[ ] Did inspect exterior of subject property from street
Date of Inspection
[ ] Did inspect interior and exterior of subject property
Date of Inspection

COMPARABLE SALES

[ ] Did not inspect exterior of comparable sales from street
[ ] Did inspect exterior of comparable sales from street
Date of Inspection

This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Brad Alderfer Appraisals

## SUBJECT PHOTO ADDENDUM

File No. 21 Camberly Ct
Case No. VERNA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Joseph R Verna | | | | | | |
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

**FRONT OF SUBJECT PROPERTY**
21 Camberly Ct
Downingtown, PA 19335-4919

**REAR OF SUBJECT PROPERTY**

**STREET SCENE**

**SUBJECT PHOTO ADDENDUM**

File No. 21 Camberly Ct
Case No. VERNA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Joseph R Verna | | | | | | |
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

Additional View of the Front of the Subject Property

Additional View of the Rear of the Subject Property

Inground Swimming Pool

Brad Alderfer Appraisals

**SUBJECT PHOTO ADDENDUM**

File No. 21 Camberly Ct
Case No. VERNA

| Borrower | Joseph R Verna | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

Den, first floor

Living Room

Dining Room

Brad Alderfer Appraisals

## SUBJECT PHOTO ADDENDUM

File No. 21 Camberly Ct
Case No. VERNA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Joseph R Verna | | | | | | |
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

Kitchen

Dining Area

Family Room

Brad Alderfer Appraisals

## SUBJECT PHOTO ADDENDUM

File No. 21 Camberly Ct
Case No. VERNA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Joseph R Verna | | | | | | |
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

Powder Room

Laundry

Garage Interior

Brad Alderfer Appraisals

## SUBJECT PHOTO ADDENDUM

File No. 21 Camberly Ct
Case No. VERNA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Joseph R Verna | | | | | | |
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

Unfinished Basement

Principal Bathroom

Principal Bedroom

Brad Alderfer Appraisals

**SUBJECT PHOTO ADDENDUM**

File No. 21 Camberly Ct
Case No. VERNA

| Borrower | Joseph R Verna | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

Bedroom

Bedroom

Full Bath

Brad Alderfer Appraisals

**SKETCH ADDENDUM**

File No. 21 Camberly Ct
Case No. VERNA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Joseph R Verna | | | | | | |
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

First Floor
17.0'
Dining
14.5'
14.5'
Area
19.0'
18.5'
Kitchen
Dining Room
Family Room
30.0'
Living Room
1/2
Bath
Laundry Room
21.0'
52.5'
10.0'
2.0'
9.5'
Den
7.5'
14.0'
Built in
28.0'
28.0'
2 Car Garage
13.0'
21.0'

Brad Alderfer Appraisals

## SKETCH ADDENDUM

File No. 21 Camberly Ct
Case No. VERNA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Joseph R Verna | | | | | | |
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |



Brad Alderfer Appraisals

## SKETCH ADDENDUM

File No. 21 Camberly Ct
Case No. VERNA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Joseph R Verna | | | | | | |
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |



Brad Alderfer Appraisals

# SKETCH ADDENDUM

File No. 21 Camberly Ct
Case No. VERNA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Joseph R Verna | | | | | | |
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

| SKETCH CALCULATIONS | | Area |
|---|---|---|
| A1, A2, A3, A4, A5 | A1 : 17.0 x 14.5 = | 246.5 |
| | A2 : 54.5 x 30.0 = | 1635.0 |
| | A3 : 44.5 x 2.0 = | 89.0 |
| | A4 : 35.0 x 7.5 = | 262.5 |
| | A5 : 21.0 x 13.0 = | 273.0 |
| | First Floor | 2506.0 |
| A6 | A6 : 21.0 x 28.0 = | 588.0 |
| | Attached Garage | 588.0 |
| A7, A8, A9, A10, A11 | A7 : 38.0 x 15.0 = | 570.0 |
| | A8 : 15.0 x 8.5 = | 127.5 |
| | A9 : 56.0 x 5.5 = | 308.0 |
| | A10 : 30.0 x 18.5 = | 555.0 |
| | A11 : 11.0 x 13.0 = | 143.0 |
| | Second Floor | 1703.5 |
| A12, A13, A14, A15, A16 | A12 : 17.0 x 14.5 = | 246.5 |
| | A13 : 54.5 x 24.5 = | 1335.3 |
| | A14 : 33.5 x 5.5 = | 184.3 |
| | A15 : 23.5 x 2.0 = | 47.0 |
| | A16 : 14.0 x 7.5 = | 105.0 |
| | Basement | 1918.1 |
| | **Total Living Area** | **3621.5** |

Borrower Joseph R Verna
Property Address 21 Camberly Ct
City Downingtown County Chester State PA Zip Code 19335-4919
Lender/Client c/o Mike Dal Lago, Dal Lago Law Address 999 Vanderbilt Rd Suite 200, Naples, FL 34108

SHENBERGER CONTRACTING Phone: 610-942-7310

# Estimate

Charles M. Shenberger Plastering Inc..
1060 N Manor Rd
Honey Brook, PA 19344

E-mail
cmsplaster@comcast.net

| Date | Estimate # |
|---|---|
| 12/16/2021 | 2653 |

Joe Verna
2838 Thumder Bay Circle
Naples FL 34119

Project

| Description | Rate | Total |
|---|---|---|
| Remove and Dispose of all stucco and stone on the front of the home then apply the following: | | |
| Siding<br>Install house wrap on all areas to be sided<br>Overlap & Tape all seams<br>Install flashing tapes & drip caps on all window & door openings within the siding areas<br>Install all factory accessories to accommodate the new vinyl siding (J- Channel, Starter Strip , Inside Corners, Outside Corners, Etc.)<br>Install Mid- America siding accessories around all wall penetrations (Hose Bibs, Outlets, Gable Vents, Light Block, Etc.)<br>Supply & Install Certainteed Vinyl Lap Siding to match existing color as close as possible (Standard Color)<br>Follow manufacturer specifications throughout installation | | |
| Power wash the rest of the homes walls to match color better. | | |
| All existing soffit's and rake capping will remain. We Can install shutters back up or you can purchase new ones. | | |
| **PLEASE NOTE WE DON'T KNOW HOW MUCH DAMAGE IS UNDER THE STUCCO OR STONE UNTIL AFTER REMOVING AND LOOKING AT THE SUBSTRATE. IF ROT OR MOLD IS PRESENT WE WILL AT THAT TIME NOTIFY THE OWNERS AND PROCEED WITH GATHERING ADDITIONAL PRICING TO REMEADIATE THE SITUATION. THIS ALSO PERTAINS TO THE WINDOWS IF THEY ARE NOT PROPERLY FLASHED THEY WILL HAVE TO BE REMOVED AND EITHER REPLACED OR RE-USED WITH THE PROPER FLASHING. EXTRAS COULD INCLUDE FRAMING,INSULATION , TREATING WALL CAVITIES WITH FOSTERS 40/20 Fungicidal Protective AND PLYWOOD ROT AND WINDOW REMOVAL OR REPLACEMENT | | |
| Total Amount of Proposal | 43,260.00 | 43,260.00 |
| Terms; $25% at start.<br>$50% when HALF SIDED<br>$25% upon completion. | | |

Accepting contract please sign and return to us
*****RATE US ON GOOGLE *****

**Total**

Page 1

Borrower Joseph R Verna
Property Address 21 Camberly Ct
City Downingtown County Chester State PA Zip Code 19335-4919
Lender/Client c/o Mike Dal Lago, Dal Lago Law Address 999 Vanderbilt Rd Suite 200, Naples, FL 34108

SHENBERGER CONTRACTING Phone: 610-942-7310

**Estimate**

Charles M. Shenberger Plastering Inc..
1060 N Manor Rd
Honey Brook, PA 19344

E-mail
cmsplaster@comcast.net

| Date | Estimate # |
|---|---|
| 12/16/2021 | 2653 |

Joe Verna
2838 Thumder Bay Circle
Naples FL 34119

Project

| Description | Rate | Total |
|---|---|---|
| COMPANY AUTHORIZING SIGNATURE ________<br>(proposal may be withdrawn if not accepted within 90 days) | | |
| All Work Done To National And Local Building Code<br>All work conforming to 2012 IRC Section R703.6 Guidelines.<br>Siding to conform to ASTM C926, and ASTM C1063 and IRC Section R703.6 | | |
| All work is guaranteed to be as specified, all work to be completed in a substantial workmanlike manner according to specifications submitted per pay standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above this estimate. All agreements contingent upon strikes, accidents or delays are beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by workman's compensation insurance. All work is warranted for 1 year from the start date and permits are not included in this price if applicable each township has different requirements. | | |
| SIGNATURE:________________, DATE OF ACCEPTANCE | | |
| THE ABOVE PRICES, SPECIFICATIONS AND CONDITIONS ARE SATISFACTORY AND ARE HEREBY ACCEPTED. YOU ARE AUTHORIZED TO DO THE WORK AS SPECIFIED. PAYMENTS WILL BE MADE AS OUTLINED ABOVE. | | |
| Right of Rescission<br>Owner has 3 days from the date of signing this agreement to terminate this agreement. | | |

Accepting contract please sign and return to us
*****RATE US ON GOOGLE *****

**Total** **$43,260.00**

Brad Alderfer Appraisals

# FLOOD MAP ADDENDUM

File No. 21 Camberly Ct
Case No. VERNA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Joseph R Verna | | | | | | |
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

**Flood Map Legends**

Flood Zones
- Areas inundated by 100-year flooding
- Areas inundated by 500-year flooding
- Areas of undetermined but possible flood hazards
- Floodway areas with velocity hazard
- Floodway areas
- COBRA zone

**Flood Zone Determination**

In Special Flood Hazard Area (Flood Zone): Out
Within 250 ft. of multiple flood zones? Not within 250 feet
Community: 421496
Community Name: WEST BRANDY WINE, TOWNSHIP OF
Map Number: 42029C0140G
Zone: X Panel: 42029C 0140G Panel Date: 09/29/2017
FIPS Code: 42029 Census Tract: 3114.04

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. THE SELLER OF THIS REPORT MAKES NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY, OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The seller of this Report shall not have any liability to any third party for any use or misuse of this Report.

Brad Alderfer Appraisals

**AERIAL MAP ADDENDUM**

File No. 21 Camberly Ct
Case No. VERNA

| Borrower | Joseph R Verna | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

Brad Alderfer Appraisals

**COMPARABLES 1-2-3**

File No. 21 Camberly Ct
Case No. VERNA

| | |
|---|---|
| Borrower | Joseph R Verna |
| Property Address | 21 Camberly Ct |
| City | Downingtown |
| County | Chester |
| State | PA |
| Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law |
| Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 |

**COMPARABLE SALE # 1**
2 Lahawa Dr
Downingtown, PA 19335

**COMPARABLE SALE # 2**
58 Lahawa Dr
Downingtown, PA 19335

**COMPARABLE SALE # 3**
23 Lahawa Dr
Downingtown, PA 19335

Brad Alderfer Appraisals

LISTINGS 1-2-3

File No. 21 Camberly Ct
Case No. VERNA

| Borrower | Joseph R Verna | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

**COMPARABLE LISTING #** 1
17 Pennswick Dr
Downingtown, PA 19335

**COMPARABLE LISTING #** 2

**COMPARABLE LISTING #** 3

Brad Aldorfer Appraisals

# LOCATION MAP ADDENDUM

File No. 21 Camberly Ct
Case No. VERNA

| Borrower | Joseph R Verna | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |



**UNIFORM APPRAISAL DATASET (UAD)**
**Property Condition and Quality Rating Definitions**

File No. 21 Camberly Ct
Case No. VERNA

## Requirements - Condition and Quality Ratings Usage

Appraisers must utilize the following standardized condition and quality ratings within the appraisal report.

### Condition Ratings and Definitions

C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

**Note:** *Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

**Note:** *The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**Note:** *The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. It's estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**Note:** *The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability are somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**Note:** *Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

**Note:** *Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

**UNIFORM APPRAISAL DATASET (UAD)**
**Property Condition and Quality Rating Definitions**

File No. 21 Camberly Ct
Case No. VERNA

## Quality Ratings and Definitions

Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Q3
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Requirements - Definitions of Not Updated, Updated and Remodeled

### Not Updated

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

### Updated

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components meet existing market expectations. Updates do *not* include significant alterations to the existing structure.

### Remodeled

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD)
## Property Description Abbreviations Used in This Report

File No. 21 Camberly Ct
Case No. VERNA

| Abbreviation | Full Name | May Appear in These Fields |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sales or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Administration | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garages | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sales or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PubTrn | Public Transportation | Location |
| PwrLn | Power Lines | View |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| | | |
| | | |
| | | |
| | | |
| | | |

Borrower Joseph R Verna
Property Address 21 Camberly Ct
City Downingtown County Chester State PA Zip Code 19335-4919
Lender/Client c/o Mike Dal Lago, Dal Lago Law Address 999 Vanderbilt Rd Suite 200, Naples, FL 34108

## AIG SPECIALTY INSURANCE COMPANY

Administrative Offices - 175 Water Street, 18th Floor, New York, NY 10038

**Certificate Number:** **026243592-00**

**This Certificate forms a part of Master Policy Number:** **035908521-00**
**Renewal of Master Policy Number :** **018389876-08**

**NOTICE: THIS INSURANCE IS WRITTEN ON A CLAIMS MADE AND REPORTED BASIS AND ONLY APPLIES TO CLAIMS FIRST MADE AGAINST THE CERTIFICATE HOLDER DURING THE CERTIFICATE PERIOD. NO COVERAGE EXISTS FOR CLAIMS FIRST MADE AGAINST THE CERTIFICATE HOLDER AFTER THE END OF THE CERTIFICATE PERIOD UNLESS, AND TO THE EXTENT, A BASIC OR EXTENDED REPORTING PERIOD APPLIES.**

**NOTICE: DEFENSE EXPENSES ARE INCLUDED WITHIN AND REDUCE THE APPLICABLE LIMIT OF LIABILITY STATED IN THE CERTIFICATE. PLEASE READ THE ENTIRE POLICY CAREFULLY.**

NORMAN-SPENCER REAL ESTATE RISK PURCHASING GROUP INC dba
THE AMERICAN ACADEMY OF STATE CERTIFIED APPRAISERS
(A Delaware Corporation)

### CERTIFICATE DECLARATIONS

**1. Name and Address of Certificate Holder:** **Bradley S. Alderfer d/b/a**
**Brad Alderfer Appraisals**
**145 North Third Street**
**Telford PA 18969**

**2. Certificate Period:** **Effective Date: 12/31/2020** **to Expiration Date: 12/31/2021**
12:01 a.m. Standard Time at the Address of the Certificate Holder shown in item 1. above

**2a. Retroactive Date:** **12/31/2006**
12:01 a.m. Standard Time at the Address of the Certificate Holder shown in item 1. above

**3. Limit of Liability:** **$ 1,000,000 each claim**
**$ 1,000,000 aggregate limit**

**4. Deductible:** **$ 5,000 each claim**

**5. Professional Covered Services insured by this policy are:** REAL ESTATE APPRAISAL SERVICES

**6. Advance Certificate Holder Premium:** **$455.00**

**7. Minimum Earned Premium:** **25% or** **$114.00**

| | |
|---|---|
| Surplus Lines Tax | 13.65 |
| Stamping Fee | 20.00 |
| Risk Purchasing Group Fee | 40.00 |
| Total: | **$ 73.65** |

**Forms and Endorsements:**
See Attached Forms list

**Agency Name and Address:** **Norman-Spencer Agency, LLC**
**8075 Washington Village Drive**
**Dayton, OH 45458**

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE CERTIFICATE HOLDER AGREES TO ALL TERMS AND CONDITIONS AS SET FORTH IN THE ATTACHED MASTER POLICY.

County: Montgomery

Authorized Representative OR
Countersignature (in states where applicable)

**PRG 4110 05/20** **Date:** November 3, 2020

The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is not covered by the Pennsylvania Property and Casualty Insurance Guaranty Association. Brian Norman 8075 Washington Village Dr Dayton OH 45458

PRG 4110 (5/20)

Borrower Joseph R Verna
Property Address 21 Camberly Ct
City Downingtown County Chester State PA Zip Code 19335-4919
Lender/Client c/o Mike Dal Lago, Dal Lago Law Address 999 Vanderbilt Rd Suite 200, Naples, FL 34108

## AIG SPECIALTY INSURANCE COMPANY

Administrative Offices - 175 Water Street, 18th Floor, New York, NY 10038

**Certificate Number:** 026243592-01

**This Certificate forms a part of Master Policy Number:** 035908521-01

**Renewal of Master Policy Number :** 035908521-00

**NOTICE: THIS INSURANCE IS WRITTEN ON A CLAIMS MADE AND REPORTED BASIS AND ONLY APPLIES TO CLAIMS FIRST MADE AGAINST THE CERTIFICATE HOLDER DURING THE CERTIFICATE PERIOD. NO COVERAGE EXISTS FOR CLAIMS FIRST MADE AGAINST THE CERTIFICATE HOLDER AFTER THE END OF THE CERTIFICATE PERIOD UNLESS, AND TO THE EXTENT, A BASIC OR EXTENDED REPORTING PERIOD APPLIES.**

**NOTICE: DEFENSE EXPENSES ARE INCLUDED WITHIN AND REDUCE THE APPLICABLE LIMIT OF LIABILITY STATED IN THE CERTIFICATE. PLEASE READ THE ENTIRE POLICY CAREFULLY.**

NORMAN-SPENCER REAL ESTATE RISK PURCHASING GROUP INC dba
THE AMERICAN ACADEMY OF STATE CERTIFIED APPRAISERS
(A Delaware Corporation)

**CERTIFICATE DECLARATIONS**

**1. Name and Address of Certificate Holder:** **Bradley S. Alderfer d/b/a**
**Brad Alderfer Appraisals**
**145 North Third Street**
**Telford PA 18969**

**2. Certificate Period:** **Effective Date: 12/31/2021 to Expiration Date: 12/31/2022**
12:01 a.m. Standard Time at the Address of the Certificate Holder shown in item 1. above

**2a. Retroactive Date: 12/31/2006**
12:01 a.m. Standard Time at the Address of the Certificate Holder shown in item 1. above

**3. Limit of Liability:** **$ 1,000,000 each claim**
**$ 1,000,000 aggregate limit**

**4. Deductible: $ 5,000 each claim**

**5. Professional Covered Services insured by this policy are:** REAL ESTATE APPRAISAL SERVICES

**6. Advance Certificate Holder Premium: $455.00**

**7. Minimum Earned Premium: 25% or $114.00**

| | |
|---|---|
| Surplus Lines Tax | 13.65 |
| Stamping Fee | 20.00 |
| Risk Purchasing Group Fee | 40.00 |
| Total: | **$ 73.65** |

**Forms and Endorsements:**
See Attached Forms list

**Agency Name and Address:** **Norman-Spencer Agency, LLC**
**8075 Washington Village Drive**
**Dayton, OH 45458**

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE CERTIFICATE HOLDER AGREES TO ALL TERMS AND CONDITIONS AS SET FORTH IN THE ATTACHED MASTER POLICY.

County: Montgomery

Authorized Representative OR
Countersignature (in states where applicable) **Date:** October 21, 2021

The insurer which has issued this insurance is not licensed by the Pennsylvania Insurance Department and is subject to limited regulation. This insurance is not covered by the Pennsylvania Property and Casualty Insurance Guaranty Association. Brian Norman 8075 Washington Village Dr Dayton OH 45458

PRG 4110 (5/20)

| Borrower | Joseph R Verna | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 21 Camberly Ct | | | | | | |
| City | Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client | c/o Mike Dal Lago, Dal Lago Law | Address | 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | |

**Qualifications of Bradley S. Alderfer**

Bradley S. Alderfer has been involved in the sale, appraisal and rental management of real estate since 1976. His appraisal coverage has been primarily in Montgomery, Bucks, Lehigh and Northampton Counties, although work has extended to parts of Berks, Chester and Delaware Counties. The appraisal work has been of single family residential dwellings, but does extend to land and multi-family housing.

In the course of his career he has managed a residential rental management office, a real estate brokerage office and currently owns and operates Brad Alderfer Appraisals since 2007.

Management has permeated professional life including board member and president of the Souderton-Telford Rotary Club, vice-president of the Indian Valley Homeowners Association as well as Treasurer of the southeastern Pennsylvania association of ERA Brokers. Has served on various boards and councils including Zwingli UCC Church Board, Zion Mennonite Church Council as Recording Secretary, and as Co-Clerk of Ministry and Care of the Richland Friends in Quakertown, PA.

**Educational Background**
Bachelor of Arts Degree – Business Administration. 1984
Goshen College, Goshen Indiana

Has obtained the Realtor Designation G.R.I.
(Graduate of Pennsylvania Realtor Institute)

Has successfully completed continuing education courses given by the Societty of Real Estate Appraisers as well as the National Association of Independent Fee Appraisers. These are in addition to the required continuing education credits as required by the State of Pennsylvania every two years.

**Licenses and Certifications**
Has received Real Estate Brokers License in the State of Pennsylvania.
License #AB-047470-L. Received as of May 19, 1998. It expires in May 31, 2022.

Pennsylvania Certified Residential Real Estate Appraiser. Certification #RL000611L. Received November 20, 1991. Expires June 30, 2023.

| Borrower Joseph R Verna | | | |
|---|---|---|---|
| Property Address 21 Camberly Ct | | | |
| City Downingtown | County Chester | State PA | Zip Code 19335-4919 |
| Lender/Client c/o Mike Dal Lago, Dal Lago Law | Address 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | |

**Served as Fee Appraiser**

Mortgage Network
Caliber Home Loans
Lenders Allies Management Company
Nationwide Appraiser Network
Cherry Creek Mortgage
Act Appraisal Management Company

Attorneys and Accountants – List is available upon request

**FHA Appraiser**

Bradley S. Alderfer is an approved FHA appraiser with over 30 years of experience with the ID #PARL000611L. Has successfully completed and passed training and all exams for current guidelines.

**Board of Assessment Appeals**

Bradley S. Alderfer has served, after having been appointed by the Montgomery County Commissioners, as an alternative for the Auxiliary Board of Assessment of Appeals in Montgomery County. Appointment was made to hear appeals on account of the county wide reassessment for 1998. Term Expired 10/31/98. Appeals included residential, commercial and industrial as well as vacant ground.

**Contact Information**

Brad Alderfer Appraisals
Bradley S. Alderfer
145 North Third Street
Telford, PA 18969

E-mail at ralderfer@netcarrier.com or bradalderfer@comcast.net
E-mail address for new orders bradalderfer@comcast.net

Phones: Office 215-721-8857
Cell 215-896-4131

Certification of Appraiser
File No. 21 Camberly Ct
Case No. VERNA

| Borrower Joseph R Verna | | | | | | |
|---|---|---|---|---|---|---|
| Property Address 21 Camberly Ct | | | | | | |
| City Downingtown | County | Chester | State | PA | Zip Code | 19335-4919 |
| Lender/Client c/o Mike Dal Lago, Dal Lago Law | Address 999 Vanderbilt Rd Suite 200, Naples, FL 34108 | | | | | |

DISPLAY THIS CERTIFICATE PROMINENTLY • NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE

Commonwealth of Pennsylvania
Department of State
Bureau of Professional and Occupational Affairs
PO BOX 2649 Harrisburg PA 17105-2649

21 0019346

License Type
Certified Residential Appraiser

BRADLEY SCOTT ALDERFER
145 N 3RD ST
TELFORD, PA 18969

License Status
Active

Initial License Date
11/20/1991

License Number
RL000611L

Expiration Date
06/30/2023

Commissioner of Professional and Occupational Affairs

Signature

ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE UNDER 18 PA.C.S.§ 4911

Produced by ClickFORMS Software 800-622-8727 Page 32 of 32

