

Joseph and Karen Verna  
2838 Thunder Bay Circle  
Naples, Florida 34119

December 9, 2021

Dear Mr. and Mrs. Verna,

As you requested, Read and Kelley Estate Services, LLC conducted a summary appraisal of personal property on December 7, 2021, 2838 Thunder Bay Circle, Naples, Florida. It is understood that the property included in this report belongs to you and you were present during the inspection. Values are effective as of the date of inspection, and this report consists of nine pages.

The object of this appraisal was to determine Fair Market Value for use by the United States Bankruptcy Court in the administration of this case. Any other use renders this appraisal null and void. Values stated do not reflect any expenses that may be incurred should these items be sold, such as advertising costs or selling commissions.

This report is intended for use only by you, our client, and the United States Bankruptcy Court. Use of this report by others is not intended, nor is this report an indication of, or a certificate of title or ownership. The identification of the interest of the party(ies) involved is simply that represented to the appraiser by such party and no inquiry or investigation will be made nor is any opinion to be given as to the truth of such representation. If this report is reproduced, copied, or otherwise used, it must be done so in its entirety including the cover document and all attachments.

The appraisal report has been structured to comply with the Internal Revenue Code pertaining to Bankruptcy. The definition of Fair Market Value as set forth in that section of the Code is as follows: "The price in terms of money which a property would bring in a competitive and open market under conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably, and assuming the price is not affected by undue stimulus."

In this appraisal, value has been established by the market data approach. This method of valuation involves comparison of the property with similar items which have sold within the market that considered most common for each item. Markets considered and the recent sales prices reviewed for items comparable to those listed include, but are not limited to, auctions, used furniture stores, used electronics and appliance stores, yard sales, flea markets, pawn shops, internet on-line sales and auctions, personal observation, recognized price guides, classified advertisements as well as reviewed sales by dealers and retailers.

P.O. Box 3111, North Fort Myers, Florida 33918    personalpropertyappraiser@yahoo.com

Market analysis appears normal for this time of year. Because quality, condition, desirability and obsolescence affect the appropriate market where items could be purchased by the public, different markets may have considered for different items of property.

All information concerning this report is regarded as confidential.  Read and Kelley Estate Services, LLC will retain a copy of this document for no less than 24 months, however any digital photographs taken will not be kept. Furthermore, we will not allow others to have access to this report unless ordered to do so by a court of law.

In general, the condition of the items was good.  Any further alterations are so noted in the appraisal report. This appraisal is based on the readily apparent identity of the items appraised, and any electronic or mechanical devices or equipment is assumed to be in good working order unless otherwise noted.  Any value assessments that were based solely or in part on information given to the appraiser while on site may or may not be accurate depending on the validity of the information provided.

All wood designations are based only on visual examination without benefit of laboratory analysis, which is necessary for conclusive identification. Therefore, all stated wood identities and associated values are conditional on an "appears to be" basis. Furthermore, no employee associated with Read and Kelley Estate Services, LLC represents themselves to be a certified Fine Art Appraiser and all framed artwork, prints, posters and picture values are based only on superficial visual examination. None were removed from their frames for verification or authentication which is necessary for conclusive identification. Therefore, all stated art identities and associated values are conditional on an "appears to be" basis within the parameters of our experience.

No employee associated with Read and Kelley Estate Services, LLC in any way represents themselves to be a certified gemologist and any and all jewelry values stated are based on secondary market estimates. Furthermore gemstones are not removed from their settings to be precisely measured and all size measurements are approximate. Jewelry values in this appraisal may be based on the readily apparent identity of the items appraised and some stated identities are based only on the reliability of the MIZAR Diamond Tech Pro diamond tester and/ or the Acculab brand scale that I carry to determine weight and authenticity. Items of jewelry stamped as 10, 14 or 18 K gold are accepted as such, other items are tested with acid and results are only as reliable as the acid test provides.  Gold and / or silver values may be based in full or part on spot prices from the date the items were researched.

The values expressed herein are based on the appraiser's best judgment and opinion and are not a warranty that the items will realize those values if offered for sale. The values expressed are based on current information on the date the appraisal was made. No opinion is expressed as to any past or future values. Qualifications to execute this appraisal are included in this report and may also be viewed at personalpropertyappraiser.net.

**JEWELERY**

| | | |
|---|---|---|
| 1. | Costume jewelry | 50.00 |
| 2. | Gents metal wedding ring with cz's | 10.00 |
| 3. | 11 mm X 5mm x 4 mm Marquise diamond solitaire 3.75 grams With visible inclusions with 10x loupe | 2,750.00 |
| 4. | round Diamond pendant 6mm X 4mm | 1,000.00 |
| 5. | Wedding band with missing baguette 2.56 grams | 80.00 |
| 6. | 14k gold ring 3.89 grams | 130.00 |
| 7. | Ladies Citizens watch | 35.00 |
| 8. | Three men's imitation watches | 120.00 |

**LIVING AREA / KITCHEN**

| | | |
|---|---|---|
| 1. | Assorted dishes, pots, pans, utensils, glasses cookware and miscellaneous kitchen items | 40.00 |
| 2. | Dining table, chairs and china cabinet | 325.00 |
| 3. | Twelve, 4-piece place settings Lenox Kelley Green | 250.00 |
| 4. | Thirty-Six pieces stemware Rosenthal Estelle | 200.00 |
| 5. | Brown fabric sofa | 350.00 |
| 6. | Four faux leather button tufted club chairs | 80.00 |
| 7. | End table | 30.00 |
| 8. | Samsun one year old 65" television | 180.00 |
| 9. | Television stand | 85.00 |
| 10. | Oval glass and metal coffee table | 20.00 |

**PORCH**

| | | |
|---|---|---|
| 1. | Plastic rattan sectional and chairs | 250.00 |

**MASTER BEDROOM**

| | | |
|---|---|---|
| 2. | Queen sleigh bed, two nightstands and dresser | 550.00 |
| 3. | Electric fireplace | 120.00 |
| 4. | Clothing | 100.00 |
| 5. | Samsung television | 65.00 |
| 6. | Standing floor fan | 80.00 |
| 7. | Total gym | 120.00 |
| 8. | Denbig portable air conditioner | 90.00 |

**ROOM**

1. Desk                              100.00
2. 4-year-old HP all in one          150.00
3. Bar                                90.00
4. Hp 8715                            95.00

**ROOM**

1. Dresser, nightstand and queen bed  300.00

**ROOM**

2. Sleigh bed, dresser and nightstand 200.00
3. Dynex television                    40.00
4. Two play station consoles          150.00

**GARAGE**

1. Champion generator                 300.00
2. Drill                               15.00
3. Ladder system                      100.00

**TOTAL**                          **$8,650.00**

**VEHICLES**

2015 Volcanic Orange Mini S Cooper, VIN WMWXP7C54F2A34854, PA License plate number KYM 0968, Odometer reading 24,000 mi9les. This vehicle has sustained damage to the front end and has a repair estimate of $3,500.00 and FMV is adjusted for repair. Fair Market Value of this vehicle is $11,500.00

2011 Space Gray Metallic BMW 128i, VIN # WBAUL7C53BVM81051, Florida license plate 54ACUU, Odometer reading 98,000 miles, Fair Market Value of this vehicle is $11,000.00

*Table and server belong to your mother and is not included in this report*

Read and Kelley Estate Services LLC
by Joy Augustine

## APPRAISAL CERTIFICATION

- Statements of fact contained in this report are true and correct. The opinions stated, are based on a full and fair consideration of all the facts available on the date the appraisal was made.

- The reported analysis, opinions, and conclusions are limited only by the reported critical assumptions and limiting conditions, and personal unbiased professional analysis, opinions and conclusions.

- Read and Kelley Estate Services, LLC, has no undisclosed past, present or future interest in the appraised items or in any proceeds to be derived therefrom, and have no personal interest or bias with respect to the parties involved.

- Neither employment nor compensation for this appraisal were contingent upon the reporting of a predetermined value that favors the client, on the amount of the value estimate, on the attainment of stipulated results, or the occurrence of a subsequent event.

- Unless noted elsewhere an employee of Read and Kelley Estate Services, LLC, has personally inspected the listed property that is the subject of this report.

- Unless noted elsewhere, no one provided significant professional assistance to Read and Kelley Estate Services, LLC.

- This appraisal has been prepared in conformity with and is subject to the International Society of Appraisers' *Appraisal Report Writing Standard* and to the ISA Code of Ethics. In addition, our analysis, opinions and conclusions were developed, and this report has been prepared in conformity with, The Appraisal Foundations' *Uniform Standard of Professional Appraisal Practice* (USPAP). Any departure from these standards were discussed with the client in advance and are noted in the report.

- The AMI has mandatory re-qualification requirements for all their members. Appraisers employed by Read and Kelley Estate Services, LLC, are in full compliance with those regulations.

*[signature]*

Read and Kelley Estate Services LLC
by Joy Augustine

# QUALIFICATIONS

## Joy Augustine, ISA-AM, GPPA, CEA, AOA-AM, ABA-AM

Graduate of University of Maryland University College / International Society of Appraisers Core Courses, 1997
101 - Appraisal principles and Business Practice
102 - Appraisal Ethics, ISA Standards, USPAP, Identification/Authentication, Research and Legal Issues
103 - Legal Aspects of Appraising, Case Studies, Expert Witness, Practical Appraisal Report Writing
Graduate of University of Maryland University College/ International Society of Appraisers Specialty Course, 2000
201 - Antiques and Residential Contents
Accredited member of the International Society of Appraisers
Admitted, International Society of Appraisers Certification Program
Graduate Auction Marketing Institute Graduate Personal Property Appraiser Program, 2002
101 - Responsibilities of appraiser; USPAP, factors affecting value, trends, functions of an appraisal, identification, valuation, legal aspects, research methods
201 - Plant Machinery and Equipment, identification, research and documentation
for appraisals of plant machinery and equipment
Accredited NAA Graduate Personal Property Appraiser, 2002
Certified Equine Appraiser - American Society of Equine Appraisers
Member International Gem Society
Charter President and Accredited member AABA, American Association of Bankruptcy Appraisers
Accredited member, AOA, Association of Online Appraisers
Member of ACNA, *Antique Collector National Association*
Member NAC, *National Association of Collectors*
Member in good standing, FAGCA, *Fenton Art Glass Collectors of America,* Fostoria Glass Collectors, Inc., Waterford Collectors Society, Royal Doulton Company International Collectors Club
Member Southwest Florida Bankruptcy Professional Association
Graduate Savon Retail Furniture Education, St. Petersburg, FL
Certified auction Ring Master
Licensed Consultant, appraisal
Experience in orderly liquidation, estate liquidation
Experience in retail jewelry and furniture
Experienced expert witness, Federal and State Courts
Experienced dealer in household goods, jewelry and electronics
Experienced dealer in antiques and collectibles
Experienced buyer/vendor, on-line auctioning
Consultant in appraisal of outdoor advertising structures
Maintain extensive library and data base on antiques, collectibles, audio-visual electronics
On-line for sales and auction results
Attended private showings and lectures on glass art production in Zelezny Brod, Czech Republic
Attended private showing and discussions at *North Bohemian Museum* in Liberec, Czech Republic
Published author; Czechoslovakian Collectors Guild International,
Glass Arts Society Journal 2000, Family Values Magazine, Guidepost Magazine
Featured, Fort Myers News Press Sunday Business Section, March 21, 1999
Featured, News and Views Issue 728
Featured lecturer, The Glass Arts Society Annual Conference, Brooklyn, NY, 2000
Recognized authority on Zelezny Brodsklo glass figurine
Registered, Maloney's Resource Directory
Registered, I.S.A. Membership Directory
Registered, International Society of Appraisers online referral service

## SELECTED CLIENT LIST

- Attorney Diane Jensen, Trustee United States Bankruptcy Court, Fort Myers, FL
- Attorney Luis Rivera, Trustee United States Bankruptcy Court, Fort Myers, FL
- Attorney Robert Tardif, Trustee United States Bankruptcy Court, Fort Myers, FL
- Attorney Shari Streit Jansen, Trustee United States Bankruptcy Court, Sarasota, FL
- Gerard A. McHale, Jr., P.A., Chapter 11 Trustee, United States Bankruptcy Court, Fort Myers, FL
- Andrea P. Bauman, Trustee United States Bankruptcy Court, Highland City, FL
- Attorney Douglas Menchise, Trustee, United States Bankruptcy Court, Clearwater, FL
- Attorney Stephen Meininger, Trustee United States Bankruptcy Court, Tampa FL
- Attorney Traci Strickland, Trustee United States Bankruptcy Court, Tampa, FL
- Attorney V. John Brook, Trustee United States Bankruptcy Court, Saint Petersburg, FL
- Angela L. Welch Esposito, Trustee United States Bankruptcy Court, Odessa, FL
- Attorney Beth Ann Scharrer, Trustee United States Bankruptcy Court, Seminole, FL
- Lauren P. Greene, Trustee United States Bankruptcy Court, Seminole, FL
- Carolyn Chaney, Trustee United States Bankruptcy Court, St. Petersburg, FL
- Attorney Stephany Carr, Naples, FL
- Attorney Richard Johnston, Fort Myers, FL
- Attorney Greg Champeau, Fort Myers, FL
- Phoenix Law Firm, Fort Myers, FL
- Attorney Michael Rich, Fort Myers, FL
- Attorney Patrick Neale, Naples, FL
- Attorney Jeffrey Leasure, Fort Myers, FL
- Attorney Richard Hollander, Naples, FL
- Dellutri Law Firm, Fort Myers, FL
- Attorney Mark Martella, Port Charlotte
- Attorney Joseph C Trunkett, Fort Myers, FL
- Attorney Mary Valask Snell, Fort Myers, FL
- Attorney Roger Waltemyer, Fort Myers, FL
- Attorney Allen Griffith, Fort Myers, FL
- Attorney Kim Levy, Fort Myers, FL
- Attorney Philip Burnett, Fort Myers, FL
- Attorney Melissa Skeen, Fort Myers, FL
- Attorney Tricia Spivey, Fort Myers, FL
- Attorney Mark D. Hildreth, Sarasota, FL
- Attorney Alan Watkins, Tampa, FL
- Attorney Louis Amato, Naples, FL
- Attorney Diane Preston Moore, Naples, FL
- Herbert Weinberg Attorney for the Trustee, Boston, MA
- Northern Trust Bank, Fort Myers, FL
- Raymond James Trust Company, Fort Myers, FL
- Barnett Bank Trust Company, Fort Myers, FL
- SouthTrust Bank, Trust Department, Naples, FL
- State Farm Insurance, Pembroke Pines, FL
- First Union Bank, Special Assets Department, Miami Springs, FL
- PaineWebber Inc., Miami, FL
- Sea Crest School, Naples, FL
- First Baptist Church of Lehigh Acres FL
- Christ Lutheran Church, Cape Coral, FL
- Iberia Bank, Naples, FL
- Florida Gulf Bank, New Orleans, LA
- Craig, Cavanaugh, Cavanaugh and Kirby, Naples, FL
- National Cooperative Bank, Washington, D.C
- Grace United Methodist Church, Cape Coral, FL

## APPROACH TO VALUE

**The Market Comparison Approach**:
The market comparison approach compares and contrasts the property under appraisal with recent offerings and sales of similar property. This approach is usually the most appropriate valuation approach used in determining value for property. It is the most common method used to estimate the value of personal, portable, tangible property. By definition, this approach should result in the most accurate representation of fair market value. The basis of this approach is that the estimated value of the property is best determined by gathering market data on previous transactions where identical assets have changed hands and then applying the previous transactions to the property presently being appraised.

**The Income or Revenue Approach**:
To use the income approach to value, an appraiser treats the property as an investment entity, on the basis that the value of an asset is equal to the present value of the future financial benefits that will accrue to the owner of that asset. Certain classes of property have potential earning power that can be forecast, based on previous earnings of the property sold to buyers on the open market. This approach requires a forecast of both future revenues and expenses, on which to calculate a projected level of net income. The ratio of net income to present value reflects the level of risk inherent in the venture.

**The Cost Approach**:
To use the cost approach to value, an appraiser uses today's replacement cost of equivalent or identical property as a basis for evaluation. This is the cost to replace the asset with another of similar age, quality, origin, appearance, provenance, and condition, within a reasonable length of time in an appropriate market. In using this approach, the appraiser reasons that the value of an asset is equal to the amount required to produce another desirable asset of at least equal amount and quality. This approach involves the cost of reproduction, independent of the benefit of having the original asset at hand.

## APPRAISAL DEFINITIONS

Fair Market Value:
is the amount expressed in terms of money, as of a certain date, that may reasonably be expected to exchange between a willing buyer and a willing seller, with equity to both, neither under any compulsion to buy or sell, and both fully aware of all relevant facts.

Fair Market Value in Use:
is the amount expressed in terms of money, as of a certain date, that may reasonably be expected to exchange between a willing buyer and a willing seller, with equity to both, neither under any compulsion to buy or sell, and both fully aware of all relevant facts. It further includes installation, as of a specific date, and assuming that the earnings support the value reported.

Orderly Liquidation Value or Dealer Value:
is the amount of gross proceeds which could be expected from the sale of the appraised assets, held under orderly sale conditions, given a reasonable period of time in which to find a purchaser(s) considering a completed sale of all assets, "as is and where is," with the buyer assuming all costs of removal, with all sales made free and clear of all liens and encumbrances, with the seller acting under compulsion.

Forced Liquidation Value or Auction Value:
is the estimated gross dollar amount which could be typically realized at a properly advertised and conducted public auction held under forced sale conditions, with a sense of urgency, and under present day economic conditions.

Insurable Replacement Cost New:
is the replacement cost new as defined in the insurance policy less the cost new of the items specifically excluded in the policy, if any.
Insurable Depreciated Replacement Cost is the insurance replacement cost less accrued depreciation considered for insurance purposes.

Replacement Cost New:
is the current cost at today's prices of replacing an existing property with one of equal utility, although the same materials or the same design may not be used, reflecting changes in technology, design, building techniques and costs.
Depreciated Replacement Cost is the replacement cost of an item less accrued depreciation.

Reproduction Cost New:
is the cost, at today's prices, to build an exact replica of the property being valued. It assumes that the same quantity and quality of material and labor is utilized as when the property was actually built.

Salvage Value:
is the expected residual value of an asset at the end of its economic life.

Scrap Value:
is the amount that may be realized if property is sold for its material content, as opposed to further productive use.