UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| JOSEPH ROBERT VERNA AND<br>KAREN ELIZABETH VERNA | Case No. 2:22-bk-00021-FMD<br>Chapter 11 |
| Debtors.<br>_____ / | |

### AMENDED[1] NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER FORMS

PLEASE TAKE NOTE that the undersigned counsel of Englander and Fischer, LLP hereby appear as counsel on behalf of Creditors, Dr. Carl Hiller and Mrs. Susan Hiller, NMS Spine and Joint Institute, Chiropractic Medicine Auditing Professionals, LLC and JCS Medical Group, P.C.

PLEASE TAKE FURTHER NOTICE that Englander and Fischer, LLP hereby requests and demands that notice of any action taken or any motions filed by any parties be sent to it through its undersigned counsel at the addresses set forth below.

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, proposed sales, auction sales, settlements and compromises, hearings, answering or reply papers, memoranda, or briefs in support of the foregoing, whether formal or informal, whether written or oral and transmitted or conveyed in any manner, and any other documents brought in this Court with respect to these proceedings.

Dated February 2, 2022

Respectfully submitted,

ENGLANDER FISCHER
*/s/ Camille J. Iurillo*
CAMILLE J. IURILLO, ESQUIRE
Florida Bar No. 902225
Primary: ciurillo@eflegal.com

---

[1] This Notice of Appearance, Request for Service of Notices, Pleading and Other Forms is being amended to include Mrs. Susan Hiller.

Secondary: abogert@eflegal.com
JULIA KAPUSTA
Florida Bar No. 1002292
Primary: jkapusta@eflegal.com
Secondary: tdillon@eflegal.com
**ENGLANDER and FISCHER LLP**
721 First Avenue North
St. Petersburg, Florida 33701
Tel: (727) 898-7210 /Fax: (727) 898-7218
*Attorneys for Dr. Carl Hiller, NMS Spine and Joint Institute, Chiropractic Medicine Auditing Professionals, LLC and JCS Medical Group, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022, a copy of the foregoing has been furnished electronically through the Court's CM/ECF electronic notification system to all counsel of record.

/s/ *Camille J. Iurillo*
CAMILLE J. IURILLO, Esquire
Fla. Bar No. 902225