**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTICT OF FLORIDA**
**FORT MYERS DIVISON**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11-Subchapter V |
| JOSEPH ROBERT VERNA and<br>KAREN ELIZABETH VERNA, | Case No.: 2:22-bk-00021-FMD |
| | Chief Judge Caryl E. Delano |
| Debtor(s).<br>_____/ | |

**DEBTOR'S AMENDMENTS TO SCHEDULE A/B, SCHEDULE G, SCHEDULE I AND SCHEDULE J**

Debtors, JOSEPH R. VERNA AND KAREN E. VERNA, amends Schedule A/B, Schedule G, Schedule I and Schedule J.  See below the additions and corrections

Schedule A/B: Property

19.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture (Added)

| Name of entity: | % of ownership | |
|---|---|---|
| JCS Medical Group P.C. | 33   % | $Unknown |

Schedule G: Executory Contracts and Unexpired Leases(Added)

2.4
Jennifer Keshan                                  Real Property Lease

21 Camberly Court

Downingtown, PA 19335

2.5
Steven Jennings                                 Real Property Lease

2838 Thunder Bay Circle

Naples, FL 34119

<u>Schedule I: Your Income(corrected)</u>

| | | |
|---|---|---:|
| 8a. | Net income from rental property | $2,000.00 |

<u>Schedule J: Your Expenses(Corrected)</u>

| | | | |
|---|---|---|---:|
| 4c. | Home maintenance, repair, and upkeep expenses | 4.c | $37.50 |
| 4d. | Homeowner's association or condominium dues | 4d. | $29.16 |

### **DECLRATION OF DEBTOR(S)**

WE, JOSEPH ROBERT VERNA and KAREN ELIZAETH VERNA, declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge, information and belief.

Dated: <u>February 15, 2022</u>　　　　　　　　　**JOSEPH ROBERT VERNA**

By: <u>/s/ Joseph Robert Vera</u>
Joseph Robert Verna
Debtor and Debtor-in-Possession

Dated: <u>February 15, 2022</u>　　　　　　　　　**KAREN ELIZABETH VERNA**

By: <u>/s/ Karen Elizabeth Verna</u>
Karen Elizabeth Verna
Debtor and Debtor-in-Possession

*Filers' Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Michael R. Dal Lago attests that the concurrence in the filing of this paper has been obtained.*

Dated: <u>February 15, 2022</u>　　　　　　　　　Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road, Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: /s/ *Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email: mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email: chaman@dallagolaw.com
JENNIFER MARY DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Counsel for Joseph Robert Verna and Karen Elizabeth Verna, Debtors and Debtors in Possession*

### CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the *Amended Schedules A/B, G, I and J* was electronically served through the Court's CM/ECF Noticing system upon entry to all attorneys for record including those listed below this 15th day of February 2022

By: /s/ Michael R. Dal Lago
MICHAEL R. DAL LAGO
Florida Bar No. 102185

**Fill in this information to identify your case:**

Debtor 1: Joseph Robert Verna Jr
    First Name    Middle Name    Last Name

Debtor 2: Karen Elizabeth Verna
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number: 22-00021-FMD
(If known)

☑ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   - 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................ $ 492,100.00
   - 1b. Copy line 62, Total personal property, from *Schedule A/B* ................................................ $ 38,422.36
   - 1c. Copy line 63, Total of all property on *Schedule A/B* .......................................................... $ 530,522.36

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   - 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 495,791.99

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   - 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................ $ 79,967.63
   - 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................... + $ 666,288.20

   **Your total liabilities**    $ 1,242,047.82

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ........................................... $ 15,031.86

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ..................................................... $ 14,344.94

Debtor 1  Joseph Verna Jr & Karen Verna
_____First Name_____Middle Name_____Last Name_____

Case number *(if known)* 22-00021-FMD

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joseph Robert Verna Jr | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Karen Elizabeth Verna | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number (if know): 22-00021-FMD

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

   1.1 **21 Camberly Ct**
   Street address, if available, or other description

   **Downingtown   PA   19335**
   City   State   ZIP Code

   **What is the property?** Check all that apply
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other_____

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:**
   Tenants By the Entirety; Value as per Brad Alderfer Appraisals

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

   **Current value of the entire property?**  $ 492,100.00
   **Current value of the portion you own?**  $ 492,100.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   Tenancy by the Entireties

   ☐ Check if this is community property

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..............................................➤   $ 492,100.00

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

Case 2:22-bk-00021-FMD    Doc 32    Filed 02/15/22    Page 7 of 19    AMENDED

Debtor 1  Joseph Robert Verna Jr & Karen Elizabeth Verna    Case number *(if known)* 22-00021-FMD
         First Name   Middle Name    Last Name

3.1  Make: Lexus
    Model: RX350
    Year: 2019
    Approximate mileage: 34,750
    Other information: Lease. See Schedule G.

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**  **Current value of the portion you own?**
$ 0.00    $ 0.00

3.2  Make: BMW
    Model: 1 Series
    Year: 2011
    Approximate mileage: 100000
    Other information: Condition: Fair; Read and Kelly Appraisal;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

**Current value of the entire property?**  **Current value of the portion you own?**
$ 11,000.00    $ 11,000.00

3.3  Make: Mini
    Model: Cooper
    Year: 2015
    Approximate mileage: 25000
    Other information: Condition: Very Good; Read and Kelley Appraisal;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

**Current value of the entire property?**  **Current value of the portion you own?**
$ 11,500.00    $ 11,500.00

3.4  Make: Ford
    Model: Escape
    Year: 2019
    Approximate mileage: 22000
    Other information: Lease. See Schedule G.

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

**Current value of the entire property?**  **Current value of the portion you own?**
$ 0.00    $ 0.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - [x] No
   - [ ] Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................................................▶  $ 22,500.00

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**  **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - [ ] No
   - [x] Yes. Describe...
   Various Furniture and other Household Items, itemized on attached appraisal    $ 3,795.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - [ ] No
   - [x] Yes. Describe...
   TVs, Computer, and 2 playstation consoles, as itemized on attached appraisal.    $ 680.00

Case 2:22-bk-00021-FMD    Doc 32    Filed 02/15/22    Page 8 of 19    AMENDED

Debtor 1  Joseph Robert Verna Jr & Karen Elizabeth Verna       Case number *(if known)* 22-00021-FMD
          First Name  Middle Name  Last Name

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe...

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe...

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe...

    | Everyday Clothing | $ 200.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

    ☐ No
    ☑ Yes. Describe...

    | Various pieces of Jewelry itemized in attached Appraisal | $ 4,175.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe...

    | One dog, mixed breed. Only value to Debtors. | $ 1.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**...................➤    $ 8,851.00

---

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes........................................................................................  Cash ..................  $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................  Institution name:

    17.1. Checking account:   PNC #6381          $ 460.28

    17.2. Checking account:   Citadel #1862      $ 3,229.19

Case 2:22-bk-00021-FMD  Doc 32  Filed 02/15/22  Page 9 of 19                         AMENDED

Debtor 1   Joseph Robert Verna Jr & Karen Elizabeth Verna                    Case number *(if known)* 22-00021-FMD
           First Name   Middle Name   Last Name

| | | |
|---|---|---|
| 17.3. Checking account: | PNC #4038 | $ 0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No
    ☑ Yes..................

    Institution or issuer name:

    | | |
    |---|---|
    | Robinhood #8872 | $ 6.27 |
    | E Trade #2004 | $ 70.87 |
    | Betterment: Taxable Investment Account #2937 | $ 124.89 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...........

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | JCS Medical Group P.C. | 33 % | $ Unknown |
    | Chiropractic Medicine Auditing Professionals, LLC | 50 % | $ Unknown |
    | Neuromusculoskeletal Chiropractic and Rehabilitation Center, PC | 50 % | $ Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately

    | Type of account | Institution name | |
    |---|---|---|
    | IRA: | Betterment: Traditional IRA #2986 | $ 479.86 |
    | IRA: | Betterment: Roth IRA #2994 | $ 0.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☐ No
    ☑ Yes.....................   Institution name or individual:

    | | | |
    |---|---|---|
    | Security deposit on rental unit | Security Deposit on with landlord | $ 1,000.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes......................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☐ No
    ☑ Yes.....................

    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    | | |
    |---|---|
    | PA 529 f/b/o Daughter | $ 300.00 |
    | PA 529 f/b/o Son | $ 1,400.00 |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them...

Case 2:22-bk-00021-FMD  Doc 32  Filed 02/15/22  Page 10 of 19    AMENDED

Debtor 1  Joseph Robert Verna Jr & Karen Elizabeth Verna     Case number *(if known)* 22-00021-FMD
First Name   Middle Name   Last Name

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    - [x] No
    - [ ] Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    - [ ] No
    - [x] Yes. Give specific information about them...

    | Florida and Pennsylvania Chiropractic License | $ 0.00 |

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    - [ ] No
    - [x] Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    | Tax Refund | Federal: | $ Unknown |
    |            | State:   | $ 0.00    |
    |            | Local:   | $ 0.00    |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    - [x] No
    - [ ] Yes. Give specific information....

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    - [x] No
    - [ ] Yes. Give specific information....

31. **Interests in insurance policies**

    - [ ] No
    - [x] Yes. Name the insurance company of each policy and list its value....

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Term Life insurance, USAble Life through employer | Spouse | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**

    - [x] No
    - [ ] Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    - [ ] No
    - [x] Yes. Give specific information....

    | Carl Hiller - shareholder dispute, Susan Hiller - tortious interference, civil conspiracy, unjust enrichment, and false imprisonment | $ Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    - [x] No
    - [ ] Yes. Give specific information....

35. **Any financial assets you did not already list**

    - [x] No
    - [ ] Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................➤  $ 7,071.36

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

Case 2:22-bk-00021-FMD    Doc 32    Filed 02/15/22    Page 11 of 19            AMENDED

Debtor 1  Joseph Robert Verna Jr & Karen Elizabeth Verna                    Case number *(if known)* 22-00021-FMD
          First Name    Middle Name    Last Name

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................➤   $0.00

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...........................................................................................➤                                    $492,100.00
56. **Part 2: Total vehicles, line 5**                            $ 22,500.00
57. **Part 3: Total personal and household items, line 15**      $ 8,851.00
58. **Part 4: Total financial assets, line 36**                  $ 7,071.36
59. **Part 5: Total business-related property, line 45**         $ 0.00
60. **Part 6: Total farm- and fishing-related property, line 52** $ 0.00
61. **Part 7: Total other property not listed, line 54**       + $ 0.00
62. **Total personal property. Add lines 56 through 61** ...........  $ 38,422.36   Copy personal property total ➤   + $ 38,422.36
63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                                  $ 530,522.36

**Fill in this information to identify your case:**

Debtor 1: Joseph Robert Verna Jr
First Name   Middle Name   Last Name

Debtor 2: Karen Elizabeth Verna
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number (if know): 22-00021-FMD

☑ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Ford Motor Credit<br>Box 220564<br>Pittsburgh PA 15257 2564 | 2019 Ford Escape |
| **2.2** Toyata Financial Services<br>Po Box 4102<br>Carol Stream IL 60197 4102 | 2019 Lexus Rx350 |
| **2.3** Steven J. Jennings<br>24289 Bay Laurel Ln<br>South Lyon MI 48178 | Office Lease Lessee |
| **2.4** Jennifer Keshan<br>21 Camberly Court<br>Downingtown PA 19335 | Real Property Lease |

| 2.5 | Steven Jennings | Real Property Lease |
| --- | --- | --- |
| | Name | |
| | 2838 Thunder Bay Circle | |
| | Street | |
| | Naples    FL    34119 | |
| | City    State    ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1: Joseph Robert Verna Jr
First Name   Middle Name   Last Name

Debtor 2: Karen Elizabeth Verna
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): 22-00021-FMD

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | Compliance | |
| **Employer's name** | IMAC Holdings Inc | |
| **Employer's address** | 1605 Westgate Circle<br>Number   Street<br><br>Brentwood, TN 37027<br>City   State   ZIP Code | Number   Street<br><br>City   State   ZIP Code |
| **How long employed there?** | 18 Months | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 18,461.54 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.** | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | $ 18,461.54 | $ 0.00 |

Official Form 106I                                      Schedule I: Your Income                                      page 1

Debtor 1   Joseph Robert Verna Jr & Karen Elizabeth Verna
             *First Name    Middle Name    Last Name*

Case number *(if known)* 22-00021-FMD

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here → | 4. | $ 18,461.54 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 4,314.66 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 1,115.02 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 5,429.68 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 13,031.86 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 2,000.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. | **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2,000.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 15,031.86  +  $ 0.00  =  $ 15,031.86 | |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

    Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. $ 15,031.86

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑ No.
    ☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1: Joseph Robert Verna Jr
First Name   Middle Name   Last Name

Debtor 2: Karen Elizabeth Verna
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Middle District of Florida (State)

Case number: 22-00021-FMD
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**
      ☒ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 17 | ☐ No ☒ Yes |
   | Daughter | 20 | ☐ No ☒ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ 2,744.25

   **If not included in line 4:**

   4a. Real estate taxes   4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 286.30
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 37.50
   4d. Homeowner's association or condominium dues   4d. $ 29.16

Official Form 106J   Schedule J: Your Expenses   page 1

Debtor 1   Joseph Robert Verna Jr & Karen Elizabeth Verna
_First Name_   _Middle Name_   _Last Name_

Case number (_if known_) 22-00021-FMD

|  |  | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. $ 575.00 |
| 6. | **Utilities:** |  |
| 6a. | Electricity, heat, natural gas | 6a. $ 290.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 521.00 |
| 6d. | Other. Specify: _____ | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ 800.00 |
| 8. | **Childcare and children's education costs** | 8. $ 500.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 350.00 |
| 10. | **Personal care products and services** | 10. $ 130.00 |
| 11. | **Medical and dental expenses** | 11. $ 530.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 575.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ 150.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |
| 15a. | Life insurance | 15a. $ 0.00 |
| 15b. | Health insurance | 15b. $ 0.00 |
| 15c. | Vehicle insurance | 15c. $ 481.00 |
| 15d. | Other insurance. Specify:_____ | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: IRS Payment Plan | 16. $ 820.00 |
| 17. | **Installment or lease payments:** |  |
| 17a. | Car payments for Vehicle 1 | 17a. $ 489.49 |
| 17b. | Car payments for Vehicle 2 | 17b. $ 822.73 |
| 17c. | Other. Specify: 2011 BMW 1 Series | 17c. $ 369.49 |
| 17d. | Other. Specify: 2015 Mini Cooper | 17d. $ 344.02 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income_.** |  |
| 20a. | Mortgages on other property | 20a. $ 0.00 |
| 20b. | Real estate taxes | 20b. $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |

Official Form 106J    Schedule J: Your Expenses    page **2**

Debtor 1 ___Joseph Robert Verna Jr_____  Case number *(if known)*___22-00021-FMD_____
         *First Name*   *Middle Name*   *Last Name*

21. **Other**. Specify: __Rent for Florida residence_____  21. +$_____3,500.00_____

_____  +$_____

_____  +$_____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.  22a. $_____14,344.94_____

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  22b. $_____

    22c. Add line 22a and 22b. The result is your monthly expenses.  22c. $_____14,344.94_____

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.  23a. $_____15,031.86_____

    23b. Copy your monthly expenses from line 22c above.  23b. –$_____14,344.94_____

    23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*.  23c. $_____686.92_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.   Explain here:

**Fill in this information to identify your case:**

Debtor 1: Joseph Robert Verna Jr
Debtor 2 (Spouse, if filing): Karen Elizabeth Verna
United States Bankruptcy Court for the Middle District of Florida
Case number (If known): 22-00021-FMD

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Joseph Robert Verna Jr
Signature of Debtor 1

✗ /s/ Karen Elizabeth Verna
Signature of Debtor 2

Date 02/15/2022
Date 02/15/2022