| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-2<br>Case 2:22-bk-00021-FMD<br>Middle District of Florida<br>Ft. Myers<br>Tue Feb 15 11:18:35 EST 2022 | Capital One Auto Finance, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Chiropractic Medicine Auditing Professionals<br>17 Camberly Ct<br>Downingtown, PA 19335-4919 |
| Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Dr. Carl Hiller<br>17 Camberly Ct<br>Downingtown, PA 19335-4919 | Susan Hiller<br>17 Camberly Ct<br>Downingtown, PA 19335-4919 |
| JCS Medical Group, P.C.<br>17 Camberly Ct<br>Downingtown, PA 19335-4919 | NMS Spine and Joint Institute<br>17 Camberly Ct<br>Downingtown, PA 19335-4919 | Joseph Robert Verna<br>2838 Thunder Bay Circle<br>Naples, FL 34119-9036 |
| Karen Elizabeth Verna<br>2838 Thunder Bay Circle<br>Naples, FL 34119-9036 | ARM Solutions<br>PO Box 2929<br>Camarillo, CA 93011-2929 | Angst and Angst<br>878 Main St.<br>Harleysville, PA 19438-1619 |
| Capital One<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Po Box 60511<br>City Of Industry, CA 91716 0511 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance, a division of Capi<br>PO Box 60511<br>City Of Industry, CA 91716-0511 | Carl Hiller<br>21 Camberly Court<br>Downingtown, PA 19335-4919 | Carl Hiller and Susan Hiller<br>17 Camberly Court<br>Downingtown, PA 19335-4919 |
| Chiropractic Medicine Auditing Professionals<br>760 W. Lincoln Highway<br>Exton, PA 19341-2547 | Chiropractic Medicine Auditing Professionals<br>17 Camberly Court<br>Downingtown, PA 19335-4919 | Citibank - Best Buy<br>Bankruptcy Department<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| Comenity Capital Bank - Victoria's Secr<br>Bankruptcy Department<br>P.O. Box 183043<br>Columbus, OH 43218-3043 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Dr. Carl Hiller<br>17 Camberly Court<br>Downingtown, PA 19335-4919 |
| Dr. Carl hiller<br>c/o ENGLANDER and FISCHER LLP<br>721 First Avenue North<br>St. Petersburg, FL 33701-3603 | Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>PO Box 650693<br>Dallas, TX 75265-0693 |
| Exeter Finance LLC<br>Po Box 166008<br>Irving, TX 75016-6008 | FBCS, Inc.<br>330 S. Warminster Road<br>Suite 353<br>Hatboro, PA 19040-3433 | First Resource Bank<br>Po Box 652<br>Exton, PA 19341-0652 |

| | | |
|---|---|---|
| Ford Motor Credit<br>Box 220564<br>Pittsburgh, PA 15257 2564 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JCS Medical Group, P.C.<br>17 Camberly Court<br>Downingtown, PA 19335-4919 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Jennifer M. Duffy, Esq.<br>Dal Lago Law<br>999 Vanderbilt Beach Road<br>Suite 200<br>Naples, Florida 34108-3512 | Joseph Verna Sr<br>62 Walnut Rd<br>Ocean City, NJ 08226-2649 | Keystone Collection Group<br>PO Box 499<br>Irwin, PA 15642-0499 |
| Lending Club<br>Bankruptcy Dept<br>71 Stevenson Street, Suite 300<br>San Francisco, CA 94105-2985 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | MacElree Harvey<br>17 W. Miner St.<br>West Chester, PA 19382-3213 |
| Mariner Finance<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Mike Molder<br>606 Greythorne Rd.<br>Wynnewood, PA 19096-2509 | Mrs. Susan Hiller<br>17 Camberly Ct.<br>Downington, PA 19335-4919 |
| NCH Healthcare System<br>PO Box 2099<br>Naples, FL 34106-2099 | NMS Spine and Joint Institute<br>17 Camberly Court<br>Downingtown, PA 19335-4919 | Nelnet<br>U.S. Dept. of Education<br>P.O. Box 82561<br>Lincoln, NE 68501-2561 |
| NetCredit.com<br>175 W. Jackson Blvd, Ste 1000<br>Chicago, IL 60604-2863 | Neuromusculoskeletal Chiropractic and Rehabi<br>760 W. Lincoln Highway<br>Exton, PA 19341-2547 | NewRez<br>c/o PHH Mortgage Service<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 |
| PA Department of Revenue<br>Bureau Of Individual Taxes<br>P O box 281210<br>Harrisburg, PA 17128-1210 | PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Palmarella, Curry and Raab<br>4 Glenhardie Corp. Center<br>1225 Drummers Ln., Ste. 105<br>Wayne, PA 19087 |
| Prescient Medicine Holdings, LLC<br>1214 Research Blvd, Ste 1000<br>Hummelstown, PA 17036-9160 | Radius Global Solutions<br>PO Box 390905<br>Minneapolis, MN 55439-0905 | Steven J. Jennings<br>24289 Bay Laurel Ln<br>South Lyon, MI 48178-8378 |
| Synchrony Bank - PPC<br>Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 | Toyata Financial Services<br>Po Box 4102<br>Carol Stream, IL 60197 4102 | US DEPARTMENT OF EDUCATION C/O NELNET<br>121 SOUTH 13TH STREET<br>LINCOLN, NE 68508-1904 |

| | | |
|---|---|---|
| Upstart Network, Inc<br>P.O. Box 1503<br>San Carlos, CA 94070-7503 | Westwood Fire Co<br>PO Box 726<br>New Cumberland, PA 17070-0726 | Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 |
| United States Trustee - FTM +<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL 33602-3949 | Camille J Iurillo +<br>Englander and Fischer, LLP<br>721 1st Avenue North<br>St. Petersburg, FL 33701-3603 | Michael R Dal Lago +<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 |
| Christian G Haman +<br>Dal Lago Law<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 | Amy Denton Harris +<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Jennifer M Duffy +<br>Dal Lago Law<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 | JPMorgan Chase Bank<br>1111 Polaris Parkway<br>Columbus, OH 43240 | Lexus Financial Services<br>PO Box 15012<br>Chandler, AZ 85244 |

End of Label Matrix
Mailable recipients    68
Bypassed recipients     0
Total                  68