[Donci117] [Order Converting Case from Chapter 11 to Chapter 7 Individual]

ORDERED.

**Dated: May 26, 2022**

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No.
                                                                          2:22−bk−00021−FMD
                                                                          Chapter 7

Joseph Robert Verna

Karen Elizabeth Verna
aka Karen E Berry



_____Debtor*_____/

### *ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7*

   THIS CASE came on for hearing on May 25, 2022 on the Motion to Convert Case to Chapter 7 (the Motion) under Section 1112 of the Bankruptcy Code (Document No. 98) The Court finds that Debtor is eligible for relief under Chapter 7 of the Bankruptcy Code. Accordingly, it is

   ***ORDERED:***

   1. The Motion is granted. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

   2. All hearings pending in the Chapter 11 case are cancelled.

   3. Pursuant to Local Rule 4001−1(c)(5), any motion for relief from stay pending as of the date of this order is abated until the movant files an amended motion for relief from stay in the converted case and serves it on the appropriate parties.

   4. Any appointed creditors' committee is dissolved.

Christian Haman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

### *NOTICE REGARDING CONVERSION TO CHAPTER 7*

1. The U.S. Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. § 341, for **June 28, 2022** at **09:20 AM**. **The meeting will be held telephonically. Trustee: Robert E Tardif Jr.. Call in Number: 877–771–9134. Passcode: 1631829.** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. The § 341 meeting may be adjourned from time to time without further written notice.

2. The U.S. Trustee has appointed a Chapter 7 Trustee:

Robert E Tardif Jr.
Trustee
Post Office Box 2140
Fort Myers, FL 33902

3. The last day for filing a complaint objecting to Debtor's discharge or seeking an exception to discharge under 11 U.S.C. § 523(a)(2), (a)(4), or (a)(6) is ***August 29, 2022*** . If no such complaint is timely filed, the discharge will be granted and will encompass debts that might not be subject to discharge.

4. The deadline to file a proof of claim is ***August 4, 2022*** . Creditors who filed a proof of claim prior to the conversion of the case do not need to file a new proof of claim.

5. Within 14 days from the date of the Order Converting the Case, Debtor shall file any unfiled Schedules, Statement of Financial Affairs, Statement of Income or Statement of Intent required by Fed. R. Bankr. P. 1007 or the case may be dismissed. the following documents are needed: Chapter 7 Statement of Income

6. Within 14 days from the date of the Order Converting Case, as required by Fed. Bankr. P. 1019, Debtor shall file a schedule of debts incurred after the commencement of the case and before the entry of the order of conversion, including the name and address of each holder of a claim. If the case is converted after confirmation of a plan, Debtor shall also file a schedule of all properties acquired after the commencement of the case but before the entry of the order of confirmation, and a schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the case but before the entry of the conversion order.

7. Within 14 days from the date of the Order Converting Case, Debtor shall pay unpaid filing fees in the amount of N/A and the $15.00 fee for converting the case, if not previously paid. Failure to pay filing fees may result in dismissal of the case or the discharge being withheld. Payment shall be made by cashier's check or money order payable to

Clerk, U.S. Bankruptcy Court
Sam M.. Gibbons United States Courthouse
801 N. Florida Ave. Suite 555
Tampa, FL 33602−3899

8. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.