UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 2:22-bk-00021-FMD |
| Joseph Robert Verna and | Chief Judge Caryl E. Delano |
| Karen Elizabeth Verna, | |
| | |
| Debtors. | |
| _____/ | |

## DEBTOR'S AMENDMENT TO SCHEDULE C

Debtors, JOSEPH ROBERT VERNA AND KAREN ELIZABETH VERNA amend Schedule C to REMOVE the Exemption for the property located at 21 Camberly Court, Downingtown, Pennsylvania 19335.

Dated: June 17, 2022

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road,
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Jennifer M. Duffy*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email: mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email: chaman@dallagolaw.com
JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Counsel Joseph Robert Verna and Karen Elizabeth Verna Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

      I CERTIFY that a true and correct copy of the foregoing was electronically served (i) through the Court's CM/ECF Noticing system to all parties registered to receive notice, and (ii) by First Class U.S. Mail to all Local Rule 1007-2 parties in interest listed on the attached mailing matrix, who are not represented by Counsel, and this 17th day of June 2022.

      By: /s/ *Jennifer M. Duffy*
JENNIFER M. DUFFY
Florida Bar No. 1028911

*Counsel Joseph Robert Verna and*
*Karen Elizabeth Verna Debtors and*
*Debtors-in-Possession*

**Fill in this information to identify your case:**

Debtor 1: Joseph Robert Verna Jr
_First Name_   _Middle Name_   _Last Name_

Debtor 2 (Spouse, if filing):
_First Name_   _Middle Name_   _Last Name_

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): 22-00021-FMD

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property<br>Debtor 1 Exemptions | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household Goods - Various Furniture and other Household Items, itemized on attached appraisal<br>Line from Schedule A/B: 6 | $ 3,795.00 | ☑ $ 1,150.79<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: Household Goods - Various Furniture and other Household Items, itemized on attached appraisal<br>Line from Schedule A/B: 6 | $ 3,795.00 | ☑ $ 160.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4(a) (2) |
| Brief description: Electronics - TVs, Computer, and 2 playstation consoles, as itemized on attached appraisal.<br>Line from Schedule A/B: 7 | $ 680.00 | ☑ $ 340.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4(a) (2) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes

Official Form 106C   Schedule C: The Property You Claim as Exempt   page 1 of 4

Debtor: Joseph Robert Verna Jr (First Name / Middle Name / Last Name)
Case number (if known): 22-00021-FMD

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Clothing - Everyday Clothing<br>Line from Schedule A/B: 11 | $200.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4(a) (2) |
| Brief description: Jewelry - Various pieces of Jewelry itemized in attached Appraisal<br>Line from Schedule A/B: 12 | $4,175.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4(a) (2) |
| Brief description: Jewelry - Various pieces of Jewelry itemized in attached Appraisal<br>Line from Schedule A/B: 12 | $4,175.00 | ☑ $402.97<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: Pet(s) - One dog, mixed breed. Only value to Debtors.<br>Line from Schedule A/B: 13 | $1.00 | ☑ $0.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: PNC #6381 (Checking Account)<br>Line from Schedule A/B: 17.1 | $460.28 | ☑ $230.14<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: Citadel #1862 (Checking Account)<br>Line from Schedule A/B: 17.2 | $3,229.19 | ☑ $3,229.19<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: PNC #4038 (Checking Account)<br>Line from Schedule A/B: 17.3 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: Robinhood #8872 (Brokerage)<br>Line from Schedule A/B: 18 | $6.27 | ☑ $6.27<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: E Trade #2004 (Brokerage)<br>Line from Schedule A/B: 18 | $70.87 | ☑ $70.87<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: Betterment: Taxable Investment Account #2937 (Brokerage)<br>Line from Schedule A/B: 18 | $124.89 | ☑ $124.89<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: Betterment: Traditional IRA #2986<br>Line from Schedule A/B: 21 | $479.86 | ☑ $479.86<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21 (2) |
| Brief description: Betterment: Roth IRA #2994<br>Line from Schedule A/B: 21 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21 (2) |

Debtor: Joseph Robert Verna Jr
First Name   Middle Name   Last Name

Case number (if known): 22-00021-FMD

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Security Deposit on with landlord (Security Deposits) <br> Line from Schedule A/B: 22 | $1,000.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: PA 529 f/b/o Daughter <br> Line from Schedule A/B: 24 | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.22 (1),(3) |
| Brief description: PA 529 f/b/o Son <br> Line from Schedule A/B: 24 | $1,400.00 | ☑ $1,400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.22 (1),(3) |
| Brief description: Term Life insurance, USAble Life through employer <br> Line from Schedule A/B: 31 | $0.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: <br> Line from Schedule A/B: | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Clothing - Everyday Clothing<br>Line from Schedule A/B: 11 | $200.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4(a) (2) |
| Brief description: Jewelry - Various pieces of Jewelry itemized in attached Appraisal<br>Line from Schedule A/B: 12 | $4,175.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4(a) (2) |
| Brief description: Jewelry - Various pieces of Jewelry itemized in attached Appraisal<br>Line from Schedule A/B: 12 | $4,175.00 | ☑ $402.97<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: Pet(s) - One dog, mixed breed. Only value to Debtors.<br>Line from Schedule A/B: 13 | $1.00 | ☑ $0.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: PNC #6381 (Checking Account)<br>Line from Schedule A/B: 17.1 | $460.28 | ☑ $230.14<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: PNC #4038 (Checking Account)<br>Line from Schedule A/B: 17.3 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description: Security Deposit on with landlord (Security Deposits)<br>Line from Schedule A/B: 22 | $1,000.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(4) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

AMENDED

**Fill in this information to identify your case:**

Debtor 1    Joseph Robert Verna Jr
           First Name        Middle Name        Last Name

Debtor 2    Karen Elizabeth Verna
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the Middle District of Florida

Case number   22-00021-FMD
(If known)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Joseph Robert Verna Jr        ✗ /s/ Karen Elizabeth Verna
Signature of Debtor 1                     Signature of Debtor 2

Date 06/17/2022               Date 06/17/2022
     MM / DD / YYYY                   MM / DD / YYYY

```
Label Matrix for local noticing         ARM Solutions                              Angst and Angst
113A-2                                   PO Box 2929                                878 Main St.
Case 2:22-bk-00021-FMD                   Camarillo, CA 93011-2929                   Harleysville, PA 19438-1619
Middle District of Florida
Ft. Myers
Fri Jun 17 13:46:38 EDT 2022

Capital One Auto Finance, a division of  Chiropractic Medicine Auditing Professionals  Citibank - Best Buy
AIS Portfolio Services, LP               17 Camberly Court                          Bankruptcy Department
4515 N Santa Fe Ave. Dept. APS           Downingtown, PA 19335-4919                 PO Box 6500
Oklahoma City, OK 73118-7901                                                        Sioux Falls, SD 57117-6500


Comenity Capital Bank - Victoria's Secr  Commonwealth of Pennsylvania              Dr. Carl Hiller
Bankruptcy Department                    Department of Revenue                     17 Camberly Court
P.O. Box 183043                          The Phoenix Building                      Downingtown, PA 19335-4919
Columbus, OH 43218-3043                  1600 Arch Street, Suite 300
                                         Philadelphia, PA 19103-2016


Dr. Carl hiller                          Exeter Finance LLC                         Ford Motor Credit Company, LLC
c/o ENGLANDER and FISCHER LLP            AIS Portfolio Services, LP                 c/o Nicole Mariani Noel
721 First Avenue North                   4515 N Santa Fe Ave. Dept. APS             P.O. Box 800
St. Petersburg, FL 33701-3603            Oklahoma City, OK 73118-7901               Tampa, FL 33601-0800


(p)INTERNAL REVENUE SERVICE              JCS Medical Group, P.C.                    (p)JPMORGAN CHASE BANK  N A
CENTRALIZED INSOLVENCY OPERATIONS        17 Camberly Court                          BANKRUPTCY MAIL INTAKE TEAM
PO BOX 7346                              Downingtown, PA 19335-4919                 700 KANSAS LANE FLOOR 01
PHILADELPHIA PA 19101-7346                                                          MONROE LA 71203-4774


Jennifer M. Duffy, Esq.                  Joseph Verna Sr                            Keystone Collection Group
Dal Lago Law                             62 Walnut Rd                               PO Box 499
999 Vanderbilt Beach Road                Ocean City, NJ 08226-2649                  Irwin, PA 15642-0499
Suite 200
Naples, Florida 34108-3512


Lending Club                             MacElree Harvey                            Mrs. Susan Hiller
Bankruptcy Dept                          17 W. Miner St.                            17 Camberly Ct.
71 Stevenson Street, Suite 300           West Chester, PA 19382-3213                Downington, PA 19335-4919
San Francisco, CA 94105-2985


NMS Spine and Joint Institute            Nelnet                                     PA Department of Revenue
17 Camberly Court                        U.S. Dept. of Education                    Bureau Of Individual Taxes
Downingtown, PA 19335-4919               P.O. Box 82561                             P O box 281210
                                         Lincoln, NE 68501-2561                     Harrisburg, PA 17128-1210


Palmarella, Curry and Raab               Radius Global Solutions                    Steven J. Jennings
4 Glenhardie Corp. Center                PO Box 390905                              24289 Bay Laurel Ln
1225 Drummers Ln., Ste. 105              Minneapolis, MN 55439-0905                 South Lyon, MI 48178-8378
Wayne, PA 19087


Synchrony Bank - PPC                     Upstart Network, Inc                       Westwood Fire Co
Bankruptcy Dept.                         P.O. Box 1503                              PO Box 726
PO Box 965060                            San Carlos, CA 94070-7503                  New Cumberland, PA 17070-0726
Orlando, FL 32896-5060
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS Department of Treasury  
Internal Revenue Service  
Cincinnati, OH 45999

JPMorgan Chase Bank  
1111 Polaris Parkway  
Columbus, OH 43240

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mike Molder

End of Label Matrix  
Mailable recipients    29  
Bypassed recipients     1  
Total                  30