UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Joseph Robert Verna and
Karen Elizabeth Verna,

     Debtors.

_____/

Chapter 7
Case No. 2:22-bk-00021-FMD
Chief Judge Caryl E. Delano

## DEBTOR'S AMENDMENT TO SCHEDULES B AND D

Debtors, JOSEPH ROBERT VERNA AND KAREN ELIZABETH VERNA amends Schedules B and D as follows:

**SCHEDULE B**

Debtors amended to include secured credit card, OpenSky.

**SCHEDULE D**

Debtors amended to add a secured creditor, OpenSky Card Services, PO Box 9224, Old Bethpage, NY 11804-9224.

Dated: June 30, 2022

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road,
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Jennifer M. Duffy*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email: mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email: chaman@dallagolaw.com

                JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Counsel Joseph Robert Verna and*
*Karen Elizabeth Verna Debtors*

## CERTIFICATE OF SERVICE

     I CERTIFY that a true and correct copy of the foregoing was electronically served (i) through the Court's CM/ECF Noticing system to all parties registered to receive notice, and (ii) to all parties on the attached mailing matrix, not represented by Counsel, by First Class U.S. Mail to the following: OpenSky Card Services, PO Box 9224, Old Bethpage, NY 11804-9224 (along with a copy of the Notice of Chapter 11 Bankruptcy Case [Docket No. 6] and the Order Converting Case From Chapter 11 To Chapter 7 [Docket No. 110] this 30th day of June 2022.

By: /s/ *Jennifer M. Duffy*
JENNIFER M. DUFFY
Florida Bar No. 1028911

*Counsel Joseph Robert Verna and*
*Karen Elizabeth Verna Debtors*

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Joseph Robert Verna Jr |
| | First Name  Middle Name  Last Name |
| Debtor 2 | Karen Elizabeth Verna |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number | 22-00021-FMD |
| | (If known) |

☑ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................. $ 492,100.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* .................................... $ 39,026.29

   1c. Copy line 63, Total of all property on *Schedule A/B* ............................................... $ 531,126.29

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............. $ 496,395.92

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................ $ 79,967.63

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ..................................... + $ 656,288.20

   Your total liabilities     $ 1,232,651.75

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................. $ 12,952.96

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................ $ 13,855.45

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1 __Joseph Verna Jr & Karen Verna__
        First Name    Middle Name    Last Name

Case number (*if known*) __22-00021-FMD__

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   | From Part 4 on *Schedule E/F*, copy the following: | Total claim |
   |---|---|
   | 9a. Domestic support obligations (Copy line 6a.) | $_____ |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
   | 9d. Student loans. (Copy line 6f.) | $_____ |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
   | 9g. **Total.** Add lines 9a through 9f. | $_____ |

AMENDED

**Fill in this information to identify your case and this filing:**

Debtor 1: Joseph Robert Verna Jr
    First Name    Middle Name    Last Name

Debtor 2 (Spouse, if filing): Karen Elizabeth Verna
    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number (if know): 22-00021-FMD

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

   1.1   21 Camberly Ct
   Street address, if available, or other description

   Downingtown   PA   19335
   City   State   ZIP Code

   **What is the property?** Check all that apply
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:**
   Tenants By the Entirety; Value as per Brad Alderfer Appraisals

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

   **Current value of the entire property?** $ 492,100.00
   **Current value of the portion you own?** $ 492,100.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   Tenancy by the Entireties

   ☐ Check if this is community property

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................➔   $ 492,100.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

Case 2:22-bk-00021-FMD    Doc 123    Filed 06/30/22    Page 6 of 16

AMENDED

Debtor 1  Joseph Robert Verna Jr & Karen Elizabeth Verna                Case number *(if known)* 22-00021-FMD
         First Name    Middle Name       Last Name

3.1 Make: Lexus
    Model: RX350
    Year: 2019
    Approximate mileage: 34,750
    Other information: Lease. See Schedule G.

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?** $ 0.00
**Current value of the portion you own?** $ 0.00

3.2 Make: BMW
    Model: 1 Series
    Year: 2011
    Approximate mileage: 100000
    Other information: Condition: Fair; Read and Kelly Appraisal;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

**Current value of the entire property?** $ 11,000.00
**Current value of the portion you own?** $ 11,000.00

3.3 Make: Mini
    Model: Cooper
    Year: 2015
    Approximate mileage: 25000
    Other information: Condition: Very Good; Read and Kelley Appraisal;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

**Current value of the entire property?** $ 11,500.00
**Current value of the portion you own?** $ 11,500.00

3.4 Make: Ford
    Model: Escape
    Year: 2019
    Approximate mileage: 22000
    Other information: Lease. See Schedule G.

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

**Current value of the entire property?** $ 0.00
**Current value of the portion you own?** $ 0.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - [x] No
   - [ ] Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................➔  $ 22,500.00

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**      **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - [ ] No
   - [x] Yes. Describe...

   Various Furniture and other Household Items, itemized on attached appraisal      $ 3,795.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - [ ] No
   - [x] Yes. Describe...

   TVs, Computer, and 2 playstation consoles, as itemized on attached appraisal.      $ 680.00

Case 2:22-bk-00021-FMD    Doc 123    Filed 06/30/22    Page 7 of 16                AMENDED

Debtor 1  Joseph Robert Verna Jr & Karen Elizabeth Verna                                  Case number *(if known)* 22-00021-FMD
         First Name    Middle Name    Last Name

8. **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe...

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe...

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe...

    | Everyday Clothing | $ 200.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

    ☐ No
    ☑ Yes. Describe...

    | Various pieces of Jewelry itemized in attached Appraisal | $ 4,175.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe...

    | One dog, mixed breed. Only value to Debtors. | $ 1.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.** ➤   $ 8,851.00

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes............................................................................................................................. Cash ..................... $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes...............      Institution name:

    17.1. Checking account:    PNC #6381         $ 460.28

    17.2. Checking account:    Citadel #1862     $ 3,229.19

Case 2:22-bk-00021-FMD   Doc 123   Filed 06/30/22   Page 8 of 16   AMENDED

Debtor 1  Joseph Robert Verna Jr & Karen Elizabeth Verna
First Name   Middle Name   Last Name
Case number *(if known)* 22-00021-FMD

| | | | |
|---|---|---|---|
| 17.3. Checking account: | PNC #4038 | | $ 0.00 |
| 17.4. Other financial account: | OpenSky Card Services | | $ 603.93 |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No
    ☑ Yes....................

    Institution or issuer name:

    | | |
    |---|---|
    | Robinhood #8872 | $ 6.27 |
    | E Trade #2004 | $ 70.87 |
    | Betterment: Taxable Investment Account #2937 | $ 124.89 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...........

    | Name of entity: | % of ownership: | | |
    |---|---|---|---|
    | JCS Medical Group P.C. | 33 | % | $ Unknown |
    | Chiropractic Medicine Auditing Professionals, LLC | 50 | % | $ Unknown |
    | Neuromusculoskeletal Chiropractic and Rehabilitation Center, PC | 50 | % | $ Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately

    | Type of account | Institution name | |
    |---|---|---|
    | IRA: | Betterment: Traditional IRA #2986 | $ 479.86 |
    | IRA: | Betterment: Roth IRA #2994 | $ 0.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☐ No
    ☑ Yes....................  Institution name or individual:

    | | | |
    |---|---|---|
    | Security deposit on rental unit | Security Deposit on with landlord | $ 1,000.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☐ No
    ☑ Yes....................

    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    | | |
    |---|---|
    | PA 529 f/b/o Daughter | $ 300.00 |
    | PA 529 f/b/o Son | $ 1,400.00 |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them...

Case 2:22-bk-00021-FMD    Doc 123    Filed 06/30/22    Page 9 of 16    AMENDED

| Debtor 1 | Joseph Robert Verna Jr & Karen Elizabeth Verna | Case number *(if known)* 22-00021-FMD |
|---|---|---|
| | First Name    Middle Name    Last Name | |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No
    ☑ Yes. Give specific information about them...

    | Florida and Pennsylvania Chiropractic License | $ 0.00 |

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☐ No
    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    | Tax Refund | Federal: | $ Unknown |
    | | State: | $ 0.00 |
    | | Local: | $ 0.00 |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information...

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information...

31. **Interests in insurance policies**

    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Term Life insurance, USAble Life through employer | Spouse | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**

    ☑ No
    ☐ Yes. Give specific information...

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    ☐ No
    ☑ Yes. Give specific information...

    | Carl Hiller - shareholder dispute, Susan Hiller - tortious interference, civil conspiracy, unjust enrichment, and false imprisonment | $ Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Give specific information...

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information...

36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................➔ | $ 7,675.29 |

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

Debtor 1   <u>Joseph   Robert            Verna Jr & Karen Elizabeth Verna</u>                                   Case number *(if known)* <u>22-00021-FMD</u>
First Name   Middle Name      Last Name

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................➤                           $ 0.00

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................................................................➤                                  $ 492,100.00
56. **Part 2: Total vehicles, line 5**                            $ 22,500.00
57. **Part 3: Total personal and household items, line 15**     $ 8,851.00
58. **Part 4: Total financial assets, line 36**                 $ 7,675.29
59. **Part 5: Total business-related property, line 45**        $ 0.00
60. **Part 6: Total farm- and fishing-related property, line 52** $ 0.00
61. **Part 7: Total other property not listed, line 54**      + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................   $ 39,026.29     Copy personal property total ➤   + $ 39,026.29

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                                                     $ 531,126.29

**Fill in this information to identify your case:**

Debtor 1    Joseph Robert Verna Jr
             First Name      Middle Name      Last Name

Debtor 2    Karen Elizabeth Verna
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number   22-00021-FMD
(if know)

☑ Check if this is an amended filing

# Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|

**2.1**

OpenSky Card Services
Creditor's Name

P.O. Box 9224
Number    Street

Old Bethpage    NY    11804-9224
City        State     ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred   02/2022

**Describe the property that secures the claim:**    $ 603.93    $ 603.93    $ 0.00

OpenSky Card Services (Other (Credit Union, Health Savings Account, etc)) - $603.93

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 7942

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 603.93

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Fill in this information to identify your case:

Debtor 1: Joseph Robert Verna Jr

Debtor 2 (Spouse, if filing): Karen Elizabeth Verna

United States Bankruptcy Court for the Middle District of Florida

Case number (If known): 22-00021-FMD

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *[signed]* Signature of Debtor 1

X *[signed]* Signature of Debtor 2

Date 6/28/2022

Date 6/28/2022

Label Matrix for local noticing
113A-2
Case 2:22-bk-00021-FMD
Middle District of Florida
Ft. Myers
Thu Jun 30 10:17:53 EDT 2022

8 Oaklands, LLP
17 Camberly Ct
Downingtown, PA 19335-4919

Capital One Auto Finance, c/o AIS Portfolio
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Chiropractic Medicine Auditing Professionals
17 Camberly Ct
Downingtown, PA 19335-4919

Commonwealth of Pennsylvania Dept of Revenue
Commonwealth of PA, Department of Revenu
Harrisburg, PA

Deutsche Bank National Trust Company, as Tru
Robertson, Anschutz, Schneid, Crane & Pa
6409 Congress Avenue, suite 100
Boca Raton, FL 33487-2853

Dr. Carl Hiller, as Member and derivatively
17 Camberly Ct
Downingtown, PA 19335-4919

Dr. Carl Hiller, derivatively on behalf of C
100 Arrandale Blvd
Suite 105
Exton, PA 19341-2695

Dr. Carl Hiller, derivatively on behalf of N
100 Arrandale Blvd
Suite 105
Exton, PA 19341-2695

Exeter Finance LLC, c/o AIS Portfolio Servic
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company, LLC
c/o Nicole M Mariani
P.O. Box 800
Tampa, FL 33601-0800

Dr. Carl Hiller
17 Camberly Ct
Downingtown, PA 19335-4919

Susan Hiller
17 Camberly Ct
Downingtown, PA 19335-4919

JCS Medical Group, P.C.
17 Camberly Ct
Downingtown, PA 19335-4919

NMS Spine and Joint Institute
17 Camberly Ct
Downingtown, PA 19335-4919

Neuromusculoskeletal Chiropractic and Rehabi
100 Arrandale Blvd
Suite 105
Exton, PA 19341-2695

Joseph Robert Verna
2838 Thunder Bay Circle
Naples, FL 34119-9036

Karen Elizabeth Verna
2838 Thunder Bay Circle
Naples, FL 34119-9036

AILA Limited
606 Greythorne Rd
Wynnewood, PA 19096-2509

ARM Solutions
PO Box 2929
Camarillo, CA 93011-2929

Angst & Angst, P.C.
878 MAIN STREET
HARLEYSVILLE, PA 19438-1619

Angst and Angst
878 Main St.
Harleysville, PA 19438-1619

Brad G. Kubisiak, Deputy Attorney General
Commonwealth of Pennsylvania
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103-2016

Brutscher Foley Milliner Land & Kelly LLP
213 E State St
213 E State St
Kennett Square, PA 19348-3111

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Po Box 60511
City Of Industry, CA 91716 0511

Capital One Auto Finance, a division of
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
PO Box 60511
City Of Industry, CA 91716-0511

Carl Hiller
21 Camberly Court
Downingtown, PA 19335-4919

Carl Hiller and Susan Hiller
17 Camberly Court
Downingtown, PA 19335-4919

| | | |
|---|---|---|
| Chiropractic Medicine Auditing Professionals<br>495 THomas Jones Way #202<br>Exton, PA 19341-2553 | Chiropractic Medicine Auditing Professionals<br>17 Camberly Court<br>Downingtown, PA 19335-4919 | Citibank - Best Buy<br>Bankruptcy Department<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Coatesville Area S.D. c/o Keystone Collectio<br>546 Wendel Road<br>Irwin, PA 15642-7539 | Comenity Capital Bank - Victoria's Secr<br>Bankruptcy Department<br>P.O. Box 183043<br>Columbus, OH 43218-3043 |
| Commonwealth of Pennsylvania<br>Department of Revenue<br>The Phoenix Building<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103-2016 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Dr. Carl Hiller<br>17 Camberly Court<br>Downingtown, PA 19335-4919 |
| Dr. Carl Hiller and Susan Hiller<br>Camille J. Iurillo, Esq.<br>721 First Avenue N<br>Saint Petersburg, FL 33701-3603 | Dr. Carl Hiller, Derivatively on behalf of C<br>Camille J. Iurillo, Esq.<br>721 First Avenue N<br>Camille J. Iurillo, Esq., 721 First Aven<br>Saint Petersburg, FL 33701-3603 | Dr. Carl Hiller, Derivatively on behalf of N<br>Camille J. Iurillo, Esq.<br>721 First Avenue N<br>Saint Petersburg, FL 33701-3603 |
| Dr. Carl Hiller, as Member and Derivatively<br>Camille J. Iurillo, Esq.<br>721 First Avenue N<br>Camille J. Iurillo, Esq., 721 First Aven<br>Saint Petersburg, FL 33701-3603 | Dr. Carl hiller<br>c/o ENGLANDER and FISCHER LLP<br>721 First Avenue North<br>St. Petersburg, FL 33701-3603 | Exeter Finance LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Exeter Finance LLC<br>PO Box 650693<br>Dallas, TX 75265-0693 | Exeter Finance LLC<br>Po Box 166008<br>Irving, TX 75016-6008 | (p)BKNOTICES<br>ATTN COMPLIANCE DEPT<br>330 S WARMINSTER RD<br>SUITE 353<br>HATBORO PA 19040-3433 |
| First Resource Bank<br>Po Box 652<br>Exton, PA 19341-0652 | Ford Motor Credit<br>Box 220564<br>Pittsburgh, PA 15257 2564 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Ford Motor Credit Company, LLC<br>c/o Nicole Mariani Noel<br>P.O. Box 800<br>Tampa, FL 33601-0800 | Francine Verna<br>H Jeffrey Brahin, Esquire<br>37 North Hamilton St<br>Doylestown, PA 18901-3616 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JCS Medical Group, P.C.<br>17 Camberly Court<br>Downingtown, PA 19335-4919 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jennifer M. Duffy, Esq.<br>Dal Lago Law<br>999 Vanderbilt Beach Road<br>Suite 200<br>Naples, Florida 34108-3512 | Joseph Verna Sr<br>62 Walnut Rd<br>Ocean City, NJ 08226-2649 |

| | | |
|---|---|---|
| Keystone Collection Group<br>PO Box 499<br>Irwin, PA 15642-0499 | Lending Club<br>Bankruptcy Dept<br>71 Stevenson Street, Suite 300<br>San Francisco, CA 94105-2985 | LendingClub Bank, NA<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | MacElree Harvey<br>17 W. Miner St.<br>West Chester, PA 19382-3213 | Mariner Finance<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |
| Mrs. Susan Hiller<br>17 Camberly Ct.<br>Downington, PA 19335-4919 | NCH Healthcare System<br>PO Box 2099<br>Naples, FL 34106-2099 | NMS Spine and Joint Institute<br>17 Camberly Court<br>Downingtown, PA 19335-4919 |
| Nelnet<br>U.S. Dept. of Education<br>P.O. Box 82561<br>Lincoln, NE 68501-2561 | NetCredit.com<br>175 W. Jackson Blvd, Ste 1000<br>Chicago, IL 60604-2863 | Neuromusculoskeletal Chiropractic and Rehabi<br>495 Thomas Jones Way #202<br>Exton, PA 19341-2553 |
| NewRez<br>c/o PHH Mortgage Service<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 | PA Department of Revenue<br>Bureau Of Individual Taxes<br>P O box 281210<br>Harrisburg, PA 17128-1210 | PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Palmarella, Curry and Raab<br>4 Glenhardie Corp. Center<br>1225 Drummers Ln., Ste. 105<br>Wayne, PA 19087 | Prescient Medicine Holdings, LLC<br>1214 Research Blvd, Ste 1000<br>Hummelstown, PA 17036-9160 | Radius Global Solutions<br>PO Box 390905<br>Minneapolis, MN 55439-0905 |
| Steven J. Jennings<br>24289 Bay Laurel Ln<br>South Lyon, MI 48178-8378 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank - PPC<br>Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Toyata Financial Services<br>Po Box 4102<br>Carol Stream, IL 60197 4102 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Twp of West Brandywine c/o Keystone Collecti<br>546 Wendel Road<br>Irwin, PA 15642-7539 |
| US DEPARTMENT OF EDUCATION C/O NELNET<br>121 SOUTH 13TH STREET<br>LINCOLN, NE 68508-1904 | Upstart Network<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Upstart Network, Inc<br>P.O. Box 1503<br>San Carlos, CA 94070-7503 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Westwood Fire Co<br>PO Box 726<br>New Cumberland, PA 17070-0726 | Robert E Tardif Jr.+<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 |

```
Benjamin E. Lambers +                     United States Trustee - FTM +              Camille J Iurillo +
Timberlake Annex                          Timberlake Annex, Suite 1200               Englander and Fischer, LLP
501 E. Polk Street, Suite 1200            501 E. Polk Street                         721 1st Avenue North
Tampa, FL 33602-3945                      Tampa, FL 33602-3949                       St. Petersburg, FL 33701-3603


Nicole Mariani Noel +                     Michael R Dal Lago +                       April G Harriott +
Kass Shuler, P.A.                         999 Vanderbilt Beach Road, Suite 200       Robertson, Anschutz, Schneid, Crane
PO Box 800                                Naples, FL 34108-3512                      6409 Congress Avenue, Suite 100
Tampa, FL 33601-0800                                                                 Boca Raton, FL 33487-2853


Christian G Haman +                       Jennifer M Duffy +                         Robert E. Angst +
Dal Lago Law                              Dal Lago Law                               Angst & Angst, PC
999 Vanderbilt Beach Road, Suite 200      999 Vanderbilt Beach Road, Suite 200       878 Main Street
Naples, FL 34108-3512                     Naples, FL 34108-3512                      Harleysville, PA 19438-1619


Brad Kubisiak +
PA Office of the Attorney General
1600 Arch Street
Ste 300
Philadelphia, PA 19103-2016
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FBCS, Inc.                                Ford Motor Credit Company LLC              IRS Department of Treasury
330 S. Warminster Road                    Dept. 55953                                Internal Revenue Service
Suite 353                                 PO Box 55000                               Cincinnati, OH 45999
Hatboro, PA 19040                         Detroit, MI.  48255-0953


JPMorgan Chase Bank                       Lexus Financial Services
1111 Polaris Parkway                      PO Box 15012
Columbus, OH 43240                        Chandler, AZ 85244
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Mike Molder                            End of Label Matrix
                                          Mailable recipients    99
                                          Bypassed recipients     1
                                          Total                 100
```