UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

JOSEPH ROBERT VERNA AND      Case No. 2:22-bk-00021-FMD
KAREN ELIZABETH VERNA      Chapter 7

Debtors.
_____/

**AGREED MOTION TO EXTEND THE DEADLINE TO FILE
A COMPLAINT OBJECTING TO DISCHARGE PURSUANT
TO 11 U.S.C. §727 AND OBJECTING TO
<u>DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523</u>**

Creditors, DR. CARL HILLER AND MRS. SUSAN HILLER (*"Hillers"*); NEUROMUSCULOSKELETAL CHIROPRACTIC AND REHABILITATION CENTER, PC D/B/A NMS SPINE & JOINT INSTITUTE, DR. CARL HILLER, DERIVATIVELY ON BEHALF OF NEUROMUSCULOSKELETAL CHIROPRACTIC AND REHABILITATION CENTER, PC D/B/A NMS SPINE & JOINT INSTITUTE, (collectively, *"NMS"*); CHIROPRACTIC MEDICINE AUDITING PROFESSIONALS, LLC, DR. CARL HILLER, DERIVATIVELY ON BEHALF OF CHIROPRACTIC MEDICINE AUDITING PROFESSIONALS, LLC, (collectively, *"CMAP"*); 8 OAKLANDS, LLP, DR. CARL HILLER, AS MEMBER AND DERIVATIVELY ON BEHALF OF 8 OAKLANDS, LLP, (collectively, *"8 Oaklands"*), and on behalf of JCS MEDICAL GROUP, P.C., (*"JCS"*) (collectively **"8 Oaklands and JCS"**); (*Hillers', NMS, CMAP, 8 Oaklands and JCS* collectively, *"Hiller Creditors"*), by and through their undersigned counsel, hereby move the Court for an order extending the time within which to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and objecting to dischargeability of debt pursuant to 11 U.S.C. § 523, (*"Agreed Motion to Extend Deadline to Object to Discharge and to Dischargeability of Debt"*) and state as follows:

1. The Debtor's filed their Voluntary Petition of Bankruptcy on January 10, 2022, (*"Petition Date"*, **Doc. 1**).

2. The Hiller Creditors filed their Motion to Dismiss Chapter 11 Subchapter V Case on February 22, 2022, (*"Motion to Dismiss"*, **Doc. 40**).

3. The Bankruptcy Court set the Motion to Dismiss for hearing on March 23, 2022, at 11:00 a.m.

4. On March 14, 2022, the Debtors filed the Agreed Motion for an Order Abating Deadlines for Responses and Replies Relating to Hiller Creditors' Motion to Dismiss Chapter 11 Subchapter V Case, (***"Agreed Motion to Abate"***, **Doc. 54**).

5. On March 15, 2022, the Court entered the Order Granting Agreed Motion for an Order Abating Deadlines for Responses and Replies Relating to Hiller Creditors' Motion to Dismiss Chapter 11 Subchapter V Case, (**Doc. 58**).

6. On March 23, 2022, a Status Conference was held, and the parties were directed to Meet and Confer via Zoom with Sub Chapter V Trustee, Amy Denton Harris n/k/a Amy Denton Mayer, to coordinate.

7. On April 18, 2022, the parties held their first Meet and Confer via Zoom and were unable to come to a resolution.

8. On April 20, 2022, a Status Conference was held, and the Court ordered the parties to be present for Mediation via Zoom on April 28, 2022, or on another date convenient to all parties, to be coordinated by Sub Chapter V Trustee, Amy Denton Harris n/k/a Amy Denton Mayer.

9. On May 5, 2022, the parties appeared via Zoom for mediation and were again unable to resolve the complex and multifaceted issues at hand.

10. On May 13, 2022, the Debtors filed a Motion to Convert Case to Chapter 7, (***"Motion to Convert"***, **Doc. 98**).

11. On May 26, 2022, the Court entered the Order and Notice Converting Case to Chapter 7, ("***Order Converting Case***", **Doc. 110**).

12. On June 28, 2022, the initial Meeting of Creditors was held and concluded.

13. On July 15, 2022, the Application to Employ Robert E. Tardif, Jr. PA as Attorney for the Trustee, ("***Tardif Application to Employ***", **Doc. 126**), was filed with the Court and on that same day the Court entered the Order Granting the Application to Employ/Retain Robert E. Tardif, Jr. PA as Counsel for the Trustee, (**Doc. 127**).

14. The Hiller Creditors' counsel has been communicating with the Chapter 7 Trustee, Mr. Tardif, Jr. regarding the case, developments with the Debtors' assets and related matters.

15. The undersigned attorney has conferred with Trustee, Mr. Tardif, Jr. who does not oppose the relief requested in this motion.
16. The undersigned attorney has conferred with Debtors' counsel, and he consented to the requested relief in this motion.
17. No party will be prejudiced by the relief requested.

WHEREFORE, the Hiller Creditors request the Court enter an Order (1) granting this Agreed Motion to Extend Deadline to Object to Discharge and to Dischargeability of Debt; (2) extending the deadline within which to file a complaint objecting to discharge of debt pursuant to 11 U.S.C. §727 and objecting to dischargeability of debt pursuant to 11 U.S.C. §523 for thirty (30) days to September 28, 2022, and (3) for whatever further relief the Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via US Mail to Debtors Joseph Robert Verna and Karen Elizabeth Verna, 2838 Thunder Bay Circle, Naples, FL 34119 and Debtor's Counsel, Robert E. Angst, Esq., Angst & Angst, PC, 878 Main Street, Harleysville, Pennsylvania 19438; and electronically to Debtor's Counsel, Michael R. Dal Lago, Esq., Christian G. Haman, Esq., Jennifer M. Duffy, Esq., Dal Lago Law, 999 Vanderbilt Beach Road, Suite 200, Naples, FL 34108; United States Trustee, Benjamin E. Lambers, Esq., Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, Floirda 33602; Subchapter V Trustee, Amy Denton Harris, Esq., 110 East Madison Street, Suite 200, Tampa, Florida, 33602; and to all parties who receive notice through the Court's CM/ECF electronic notification system.

Date: August 22, 2022                    Respectfully submitted,

                                         ENGLANDER FISCHER

*/s/ Camille J. Iurillo*
CAMILLE J. IURILLO, ESQUIRE
Florida Bar No. 902225
Primary:  ciurillo@eflegal.com
Secondary:  abogert@eflegal.com
JULIA KAPUSTA
Florida Bar No. 1002292
Primary:  jkapusta@eflegal.com
Secondary: tdillon@eflegal.com
**ENGLANDER and FISCHER LLP**
721 First Avenue North
St. Petersburg, Florida 33701
Tel: (727) 898-7210 /Fax:  (727) 898-7218
*Attorneys for Dr. Carl and Susan Hiller, Neuromusculoskeletal Chiropractic and Rehabilitation Center, PC d/b/a NMS Spine and Joint Institute, Dr. Carl Hiller, derivatively on behalf of Neuromusculoskeletal Chiropractic and Rehabilitation Center, PC d/b/a NMS Spine and Joint Institute, Dr. Carl Hiller, derivatively on behalf of Chiropractic Medicine Auditing Professionals, LLC, Chiropractic Medicine Auditing Professionals, LLC, 8 Oaklands, LLP, Dr. Carl Hiller, as Member and derivatively on behalf of 8 Oaklands, LLP, and JCS Medical Group, P.C*