ORDERED.

Dated: August 22, 2022

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

JOSEPH ROBERT VERNA AND　　　　　　　Case No. 2:22-bk-00021-FMD
KAREN ELIZABETH VERNA　　　　　　　　Chapter 7

Debtors.
_____/

**ORDER GRANTING AGREED MOTION TO EXTEND THE DEADLINE TO FILE A COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. §727 AND OBJECTING
<u>TO DISCARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523</u>**

THIS CAUSE came on for consideration on the Agreed Motion to Extend the Deadline to File a Complaint Objecting to Discharge Pursuant To 11 U.S.C. §727 and Objecting to Dischargeability of Debt Pursuant to 11 U.S.C. § 523, (*"Agreed Motion"*, **Doc 134**), filed by Creditors, DR. CARL HILLER AND MRS. SUSAN HILLER (*"Hillers"*); NEUROMUSCULOSKELETAL CHIROPRACTIC AND REHABILITATION CENTER, PC D/B/A NMS SPINE & JOINT INSTITUTE, DR. CARL HILLER, DERIVATIVELY ON BEHALF OF NEUROMUSCULOSKELETAL CHIROPRACTIC AND REHABILITATION CENTER, PC D/B/A NMS SPINE & JOINT INSTITUTE, (collectively, *"NMS"*); CHIROPRACTIC MEDICINE AUDITING PROFESSIONALS, LLC, DR. CARL HILLER, DERIVATIVELY ON BEHALF OF CHIROPRACTIC MEDICINE AUDITING

PROFESSIONALS, LLC, (collectively, **"CMAP"**); 8 OAKLANDS, LLP; and DR. CARL HILLER, AS MEMBER AND DERIVATIVELY ON BEHALF OF 8 OAKLANDS, LLP, (collectively, **"8 Oaklands"**), and JCS MEDICAL GROUP, P.C., (**"JCS"**) (collectively **"8 Oaklands and JCS"**), (**Hillers, NMS, CMAP 8 Oaklands and JCS** collectively referred to as the **"Hiller Creditors"**), by and through their counsel. After reviewing the Agreed Motion, it is:

**ORDERED** that:

1. The Agreed Motion is GRANTED.

2. The deadline within which to file a complaint objecting to discharge of debt pursuant to 11 U.S.C. § 727 and objecting to dischargeability of debt pursuant to 11 U.S.C. § 523 is hereby extended for thirty (30) days which is through and including September 28, 2022.

3. This Order shall be effective immediately and enforceable upon entry.

Attorney Camille J. Iurillo, Esquire, is directed to serve a copy of this order on interested parties that do not receive service by CM/ECF users and file a proof of service within 3 days of entry of the order.