UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

JOSEPH ROBERT VERNA AND
KAREN ELIZABETH VERNA,   Case No. 2:22-bk-00021-FMD
                         Chapter 7
        Debtors.

_____

**SECOND MOTION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727 AND OBJECTING TO DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523**

Creditors, DR. CARL HILLER AND MRS. SUSAN HILLER (collectively, "Hillers"); NEUROMUSCULOSKELETAL CHIROPRACTIC AND REHABILITATION ASSOCIATES, PC D/B/A NMS SPINE & JOINT INSTITUTE, DR. CARL HILLER, DERIVATIVELY ON BEHALF OF NEUROMUSCULOSKELETAL CHIROPRACTIC AND REHABILITATION ASSOCIATES, PC D/B/A NMS SPINE & JOINT INSTITUTE, (collectively, "NMS"); CHIROPRACTIC MEDICINE AUDITING PROFESSIONALS, LLC, DR. CARL HILLER, DERIVATIVELY ON BEHALF OF CHIROPRACTIC MEDICINE AUDITING PROFESSIONALS, LLC, (collectively, "CMAP"); and 8 OAKLANDS, LLP, DR. CARL HILLER, AS MEMBER AND DERIVATIVELY ON BEHALF OF 8 OAKLANDS, LLP, (collectively, "8 Oaklands") (Hillers, NMS, CMAP, and 8 Oaklands collectively, "Examining Party"), by and through their undersigned counsel, hereby move the Court for an order extending the time within which to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and objecting to dischargeability of debt pursuant to 11 U.S.C. § 523, and state as follows:

1. On January 10, 2022, the Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. On February 22, 2022, Hiller Creditors filed their Motion to Dismiss Chapter 11 Subchapter V Case (the "Motion to Dismiss," Doc. No. 40).

3. Following several unsuccessful attempts to resolve the Motion to Dismiss, on May 13, 2022, the Debtors filed a Motion to Convert Case to Chapter 7 (Doc. No. 98).

4. On May 26, 2022, the Court entered the Order and Notice Converting Case to Chapter 7 (Doc. No. 110).

5. The deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or objecting to dischargeability of debt pursuant to 11 U.S.C. § 523 is September 28, 2022 (the "Deadline"). *See* Order Granting Agreed Motion to Extend the Deadline to File a Complaint Objecting to Discharge Pursuant to 11 U.S.C. §727 and Objecting to Dischargeability of Debt Pursuant to 11 U.S.C. §523, Doc. No. 135.

6. Hiller Creditors request that the Deadline be enlarged through and including October 28, 2022.

7. The undersigned has conferred with Debtors' counsel regarding the requested relief, and Debtors have agreed to the requested relief.

8. No party will be prejudiced by the relief requested.

WHEREFORE, Hiller Creditors request that the Court enter an Order granting this Motion and extending the deadline within which to file a complaint objecting to discharge of debt pursuant to 11 U.S.C. § 727 or objecting to dischargeability of debt pursuant to 11 U.S.C. § 523, and any further relief the Court deems just and proper.

Dated: September 27, 2022.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed by CM/ECF on September 27, 2022, and that an electronic copy will be furnished to **Debtor's Attorney**, Michael R Dal Lago, Dal Lago Law, 999 Vanderbilt Beach Road, Suite 200, Naples, FL 34108; **Chapter 7 Trustee,** Robert E. Tardif, Jr., P. O. Box 2140, Fort Myers, FL 33902; **United States Trustee**, Benjamin E. Lambers, Timberlake Annex, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; and that a copy by U.S. Mail will be furnished to **Debtors,** Joseph Robert Verna and Karen Elizabeth Verna, 2838 Thunder Bay Circle, Naples, FL 34119.

              /s/ Jennifer L. Morando
              Jennifer L. Morando
              Florida Bar No. 0059363
              **Heatwole Law Firm, P.A.**
              1500 E. Robinson Street
              Orlando, Florida 32801
              Telephone:  407-490-2467
              Facsimile:   407-641-9530
              *Attorney for Hiller Creditors*