IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

JOSEPH ROBERT VERNA AND KAREN ELIZABETH VERNA,

Case No. 2:22-bk-00021-FTM

_____Debtor_____ /

**REPORT AND NOTICE OF TRUSTEE'S INTENTION
TO ABANDON PROPERTY OF THE ESTATE**

TO:    CREDITORS, DEBTOR AND OTHER PARTIES IN INTEREST:

ROBERT E. TARDIF JR., the Chapter 7 Bankruptcy Trustee of the above-referenced debtor, reports that the following property of the Debtor will be abandoned: Any and all interest that the bankruptcy estate has or may have in property located at 21 Camberly Ct., Downingtown, PA 19335.

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the movant's attorney, Robert E. Tardif Jr., P.O. Box 2140, Fort Myers, FL 33902, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The Trustee has determined that the asset is not likely to contribute to a meaningful distribution in this case. If no creditor or other party in interest files an objection the above-described asset will be automatically deemed abandoned from the estate without further order of the Court.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
Post Office Box 2140
Fort Myers, Florida 33902
(239) 362-2755
(239) 362-2756 Facsimile

*Certificate of Service*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant U.S. Trustee and Michael R. Dal Lago and by regular U.S. Mail to Joseph Robert Verna and Karen Elizabeth Verna, 17066 Ashcomb Way, Estero, FL 33928, and all creditors and parties in interest as reflected on the attached creditors matrix on this 19th day of December 2022.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
Post Office Box 2140
Fort Myers, Florida 33902
(239) 362-2755
(239) 362-2756 Facsimile

```
Label Matrix for local noticing              8 Oaklands, LLP                              Capital One Auto Finance, c/o AIS Portfolio
113A-2                                       17 Camberly Ct                               4515 N Santa Fe Ave. Dept. APS
Case 2:22-bk-00021-FMD                       Downingtown, PA 19335-4919                   Oklahoma City, OK 73118-7901
Middle District of Florida
Ft. Myers
Mon Dec 19 14:11:41 EST 2022

Chiropractic Medicine Auditing Professionals Commonwealth of Pennsylvania Dept of Revenue Deutsche Bank National Trust Company, as Tru
17 Camberly Ct                               Commonwealth of PA, Department of Revenu    Robertson, Anschutz, Schneid, Crane & Pa
Downingtown, PA 19335-4919                   Harrisburg, PA                               6409 Congress Avenue, suite 100
                                                                                          Boca Raton, FL 33487-2853

Dr. Carl Hiller, as Member and derivatively  Dr. Carl Hiller, derivatively on behalf of C Dr. Carl Hiller, derivatively on behalf of N
17 Camberly Ct                               100 Arrandale Blvd                           100 Arrandale Blvd
Downingtown, PA 19335-4919                   Suite 105                                    Suite 105
                                             Exton, PA 19341-2695                         Exton, PA 19341-2695

Exeter Finance LLC                           Exeter Finance LLC, c/o AIS Portfolio Servic Ford Motor Credit Company, LLC
AIS Portfolio Services, LP                   4515 N Santa Fe Ave. Dept. APS               c/o Nicole M Mariani
4515 N Santa Fe Ave                          Oklahoma City, OK 73118-7901                 P.O. Box 800
Oklahoma City, OK 73118-7901                                                              Tampa, FL 33601-0800

JCS Medical Group, P.C.                      NMS Spine and Joint Institute                Neuromusculoskeletal Chiropractic and Rehabi
17 Camberly Ct                               17 Camberly Ct                               100 Arrandale Blvd
Downingtown, PA 19335-4919                   Downingtown, PA 19335-4919                   Suite 105
                                                                                          Exton, PA 19341-2695

AILA Limited                                 ARM Solutions                                Angst & Angst, P.C.
606 Greythorne Rd                            PO Box 2929                                  878 MAIN STREET
Wynnewood, PA 19096-2509                     Camarillo, CA 93011-2929                     HARLEYSVILLE, PA 19438-1619

Angst and Angst                              Brad G. Kubisiak, Deputy Attorney General    Brutscher Foley Milliner Land & Kelly LLP
878 Main St.                                 Commonwealth of Pennsylvania                 213 E State St
Harleysville, PA 19438-1619                  The Phoenix Building                         213 E State St
                                             1600 Arch Street, Suite 300                  Kennett Square, PA 19348-3111
                                             Philadelphia, PA 19103-2016

Capital One                                  Capital One Auto Finance                     Capital One Auto Finance, a division of
Attn: General Correspondence                 Po Box 60511                                 AIS Portfolio Services, LP
PO Box 30285                                 City Of Industry, CA 91716 0511              4515 N Santa Fe Ave. Dept. APS
Salt Lake City, UT 84130-0285                                                             Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi Carl Hiller                                  Carl Hiller and Susan Hiller
PO Box 60511                                 21 Camberly Court                            17 Camberly Court
City Of Industry, CA 91716-0511              Downingtown, PA 19335-4919                   Downingtown, PA 19335-4919

Chiropractic Medicine Auditing Professionals Chiropractic Medicine Auditing Professionals Citibank - Best Buy
495 THomas Jones Way #202                    17 Camberly Court                            Bankruptcy Department
Exton, PA 19341-2553                         Downingtown, PA 19335-4919                   PO Box 6500
                                                                                          Sioux Falls, SD 57117-6500
```

```
Citibank, N.A.                          Coatesville Area S.D. c/o Keystone Collectio   Comenity Capital Bank - Victoria's Secr
5800 S Corporate Pl                     546 Wendel Road                                Bankruptcy Department
Sioux Falls, SD  57108-5027             Irwin, PA 15642-7539                           P.O. Box 183043
                                                                                       Columbus, OH 43218-3043


Commonwealth of Pennsylvania            Department of Revenue                          Dr. Carl Hiller
Department of Revenue                   PO Box 6668                                    17 Camberly Court
1133 Strawberry Sq.                     Tallahassee FL 32314-6668                      Downingtown, PA 19335-4919
Harrisburg, PA 17128-0001


Dr. Carl Hiller and Susan Hiller        Dr. Carl Hiller, Derivatively on behalf of C   Dr. Carl Hiller, Derivatively on behalf of N
Camille J. Iurillo, Esq.                Camille J. Iurillo, Esq.                       Camille J. Iurillo, Esq.
721 First Avenue N                      721 First Avenue N                             721 First Avenue N
Saint Petersburg, FL 33701-3603         Camille J. Iurillo, Esq., 721 First Aven       Saint Petersburg, FL 33701-3603
                                        Saint Petersburg, FL 33701-3603


Dr. Carl Hiller, as Member and Derivatively   Dr. Carl hiller                          Exeter Finance LLC
Camille J. Iurillo, Esq.                c/o ENGLANDER and FISCHER LLP                  AIS Portfolio Services, LP
721 First Avenue N                      721 First Avenue North                         4515 N Santa Fe Ave. Dept. APS
Camille J. Iurillo, Esq., 721 First Aven   St. Petersburg, FL 33701-3603               Oklahoma City, OK 73118-7901
Saint Petersburg, FL 33701-3603


Exeter Finance LLC                      Exeter Finance LLC                             (p)FBCS INC BKNOTICES
PO Box 650693                           Po Box 166008                                  ATTN COMPLIANCE DEPT
Dallas, TX 75265-0693                   Irving, TX 75016-6008                          330 S WARMINSTER RD
                                                                                       SUITE 353
                                                                                       HATBORO PA 19040-3433


First Resource Bank                     Ford Motor Credit                              (p)FORD MOTOR CREDIT COMPANY
Po Box 652                              Box 220564                                     P O BOX 62180
Exton, PA 19341-0652                    Pittsburgh, PA 15257 2564                      COLORADO SPRINGS CO 80962-2180


Ford Motor Credit Company, LLC          Francine Verna                                 (p)INTERNAL REVENUE SERVICE
c/o Nicole Mariani Noel                 H Jeffrey Brahin, Esquire                      CENTRALIZED INSOLVENCY OPERATIONS
P.O. Box 800                            37 North Hamilton St                           PO BOX 7346
Tampa, FL 33601-0800                    Doylestown, PA 18901-3616                      PHILADELPHIA PA 19101-7346


Internal Revenue Service                JCS Medical Group, P.C.                        (p)JPMORGAN CHASE BANK  N A
P.O. Box 7346                           17 Camberly Court                              BANKRUPTCY MAIL INTAKE TEAM
Philadelphia, PA 19101-7346             Downingtown, PA 19335-4919                     700 KANSAS LANE FLOOR 01
                                                                                       MONROE LA 71203-4774


JPMorgan Chase Bank, N.A.               Jennifer M. Duffy, Esq.                        Joseph Verna Sr
s/b/m/t Chase Bank USA, N.A.            Dal Lago Law                                   62 Walnut Rd
c/o Robertson, Anschutz & Schneid, P.L.   999 Vanderbilt Beach Road                    Ocean City, NJ 08226-2649
6409 Congress Avenue, Suite 100         Suite 200
Boca Raton, FL 33487-2853               Naples, Florida 34108-3512


Keystone Collection Group               Lending Club                                   LendingClub Bank, NA
PO Box 499                              Bankruptcy Dept                                PO BOX 1931
Irwin, PA 15642-0499                    71 Stevenson Street, Suite 300                 Burlingame, CA 94011-1931
                                        San Francisco, CA 94105-2985
```

| | | |
|---|---|---|
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | MacElree Harvey<br>17 W. Miner St.<br>West Chester, PA 19382-3213 | Mariner Finance<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 |
| Mrs. Susan Hiller<br>17 Camberly Ct.<br>Downington, PA 19335-4919 | NCH Healthcare System<br>PO Box 2099<br>Naples, FL 34106-2099 | NMS Spine and Joint Institute<br>17 Camberly Court<br>Downingtown, PA 19335-4919 |
| Nelnet<br>U.S. Dept. of Education<br>P.O. Box 82561<br>Lincoln, NE 68501-2561 | NetCredit.com<br>175 W. Jackson Blvd, Ste 1000<br>Chicago, IL 60604-2863 | Neuromusculoskeletal Chiropractic and Rehabi<br>760 W. Lincoln Hwy.<br>Exton, PA 19341-2547 |
| NewRez<br>c/o PHH Mortgage Service<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 | OpenSky Card Services<br>PO Box 9224<br>Old Bethpage, NY 11804-9224 | PA Department of Revenue<br>Bureau Of Individual Taxes<br>P O box 281210<br>Harrisburg, PA 17128-1210 |
| PA Department of Revenue<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Palmarella, Curry and Raab<br>4 Glenhardie Corp. Center<br>1225 Drummers Ln., Ste. 105<br>Wayne, PA 19087 |
| Prescient Medicine Holdings, LLC<br>176 Hershey Rd.<br>Hershey, PA 17033-2461 | Radius Global Solutions<br>PO Box 390905<br>Minneapolis, MN 55439-0905 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank - PPC<br>Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 | Toyata Financial Services<br>Po Box 4102<br>Carol Stream, IL 60197 4102 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Twp of West Brandywine c/o Keystone Collecti<br>546 Wendel Road<br>Irwin, PA 15642-7539 | US DEPARTMENT OF EDUCATION C/O NELNET<br>121 SOUTH 13TH STREET<br>LINCOLN, NE 68508-1904 | United States Trustee - FTM<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL 33602-3949 |
| Upstart Network<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Upstart Network, Inc<br>P.O. Box 1503<br>San Carlos, CA 94070-7503 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Westwood Fire Co<br>PO Box 726<br>New Cumberland, PA 17070-0726 | Christian G Haman<br>Dal Lago Law<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 | Dr. Carl Hiller<br>17 Camberly Ct<br>Downingtown, PA 19335-4919 |

| | | |
|---|---|---|
| Jennifer M Duffy<br>Dal Lago Law<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 | Joseph Robert Verna<br>17066 Ashcomb Way<br>Estero, FL 33928-6503 | Karen Elizabeth Verna<br>17066 Ashcomb Way<br>Estero, FL 33928-6503 |
| Michael R Dal Lago<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 | Robert E Tardif Jr.<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 | Robert E. Angst<br>Angst & Angst, PC<br>878 Main Street<br>Harleysville, PA 19438-1619 |
| Susan Hiller<br>17 Camberly Ct<br>Downingtown, PA 19335-4919 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FBCS, Inc.<br>330 S. Warminster Road<br>Suite 353<br>Hatboro, PA 19040 | Ford Motor Credit Company LLC<br>Dept. 55953<br>PO Box 55000<br>Detroit, MI.  48255-0953 | IRS Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 |
| JPMorgan Chase Bank<br>1111 Polaris Parkway<br>Columbus, OH 43240 | Lexus Financial Services<br>PO Box 15012<br>Chandler, AZ 85244 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Mike Molder | End of Label Matrix<br>Mailable recipients    96<br>Bypassed recipients     1<br>Total                  97 |