ORDERED.

Dated: **March 24, 2023**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:

JOSEPH ROBERT VERNA AND KAREN ELIZABETH VERNA,

Case No. 2:22-bk-00021-FMD
Chapter 7

Debtors.

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO COMPLETE PENNSYLVANIA LITIGATION (DOC. NO. 190)**

THIS CASE came before the Court for hearing on March 8, 2023 for consideration of the Motion for Relief from the Automatic Stay to Complete Pennsylvania State Court Litigation (Doc. No. 190) (the "Motion"). Upon due consideration and for the reasons stated in open court, it is

**ORDERED** that:

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is modified solely in relation to the state court litigation styled as *Dr. Joseph Verna v. Dr. Carl Hiller, et. al.,* Case Number 2020-00424, pending in the Court of Common Pleas, Chester County, Pennsylvania (the "State Court Litigation").

3. Movants and Debtors may proceed with completing the State Court Litigation to the extent necessary to resolve all legal issues that are pending in the State Court Litigation.

4. In addition, the intent of this Court's ruling is that the Pennsylvania state court may enter factual findings which may be applicable to the adversary proceeding pending in this Court (*Carl Hiller and Susan Hiller, et. al. v. Joseph Robert Verna and Karen Elizabeth Verna,* Case No. 2:22-ap-00039-FMD).

5. Notwithstanding any applicable factual findings by the state court, however, the ultimate legal question of dischargeability pursuant to 11 U.S.C. §523 shall be determined exclusively by this Court.

###

Attorney, Jennifer L. Morando, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.